CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No. 2:21-cr-219 |
| v. | VIOLATIONS: |
| JOSHUA A. MARTINEZ, | 18 U.S.C. §§ 922(g) and 924(a)(2) – Felon in Possession of Firearm (Counts 1 and 2) |
| Defendant. | 18 U.S.C. §§ 922(g) and 924(a)(2) – Felon in Possession of Ammunition (Counts 3 and 4) |

**THE GRAND JURY CHARGES:**

COUNT ONE
Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

Between in or about December 2020, to on or about February 19, 2021, in the State and Federal District of Nevada,

JOSHUA A. MARTINEZ,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Attempt Carrying a Concealed Weapon, on or about March 6, 2021, in the Third Judicial District Court, Clark County, Nevada in case number C-17-326611-1, did knowingly possess a firearm, that is a Ruger .45 caliber handgun, Serial No. 661-64183, said possession being in and effecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT TWO
**Felon in Possession of a Firearm**
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

Between in or about December 2020, to on or about February 19, 2021, in the State and Federal District of Nevada,

JOSHUA A. MARTINEZ,

defendant herein, knowing he had previously having been convicted of a crime punishable by imprisonment for a term exceeding one year that is, Attempt Carrying a Concealed Weapon, on or about March 6, 2021, in the Third Judicial District Court, Clark County, Nevada in case number C-17-326611-1, did knowingly possess a firearm, that is a Century Arms AK-47 type rifle, Serial No. RAS470226873, said possession being in and effecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT THREE
**Felon in Possession of Ammunition**
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about February 19, 2021, in the State and Federal District of Nevada,

### JOSHUA A. MARTINEZ,

defendant herein, knowing he had previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Attempt Carrying a Concealed Weapon, on or about March 6, 2021, in the Third Judicial District Court, Clark County, Nevada in case number C-17-326611-1, did knowingly possess ammunition, that is a approximately 10 rounds of .45 caliber ammunition, said possession being in and effecting interstate commerce and said ammunition having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT FOUR
**Felon in Possession of Ammunition**
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about February 19, 2021, in the State and Federal District of Nevada,

### JOSHUA A. MARTINEZ,

defendant herein, knowing he had previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Attempt Carrying a Concealed Weapon, on or about March 6, 2021, in the Third Judicial District Court, Clark County, Nevada in case number C-17-326611-1, did knowingly possess ammunition, that is, up to approximately 150 rounds of .223 caliber ammunition, said possession being in and effecting interstate commerce and said ammunition having been shipped and transported

in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## FORFEITURE ALLEGATION
### Felon in Possession of a Firearm and Felon in Possession of Ammunition

1.  The allegations of Counts One through Four of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2.  Upon conviction of any of the felony offenses charged in Counts One through Four of this Criminal Indictment,

**JOSHUA A. MARTINEZ,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation 18 U.S.C. § 922(g)(1):

1. a Ruger .45 caliber handgun, Serial No. 661-64183;
2. a Century Arms AK-47 type rifle, Serial No. RAS470226873;
3. 10 rounds of .45 caliber ammunition; and
4. approximately 150 rounds of .223 ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

1  DATED: this 01 day of Sept, 2021.

 **A TRUE BILL:**

 /s/
 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
 FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

DANIEL R. SCHIESS
Assistant United States Attorney

5