

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **November 4, 2020** TERM. **20-01** | **MINUTES OF COURT** DATE: September 1, 2021 @ 11:14 a.m. to 11:15 a.m. |
|---|---|

PRESENT:     The Honorable     Brenda Weksler     , U.S. Magistrate Judge.

DEPUTY CLERK:     Lorena Quintero     REPORTER:     Natasha Bachman

UNITED STATES ATTORNEY:     Edward G. Veronda     COURTROOM:     3B

A roll call of the Grand Jury is taken with **18** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant and Summons issue where indicated.

    2:21-cr-00219-APG-DJA    JOSHUA A. MARTINEZ                WARRANT

    2:21-cr-00242-GMN-VCF    LARRY GLOVER                     LOCA FEDERAL CUSTODY

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:21-cr-242** be held on **Thursday, September 9, 2021 @ 2:30 p.m.** before **MAGISTRATE JUDGE NANCY J. KOPPE in Courtroom 3C.**

The Arraignment and Plea will be held at the time of the Initial Appearance.

.                                               DEBRA KEMPI, Clerk
                                                United States District Court

                                                /S/ Lorena Quintero

                                                Deputy Clerk