RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joanne_Diamond@fd.org

Attorney for Joshua A. Martinez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Joshua Martinez, that the Court modify his conditions of release.

The Stipulation is entered into for the following reasons:

1. On September 10, 2021, the Court ordered Mr. Martinez's release on a personal recognizance bond with certain conditions, including a prohibition on travel to Las Vegas, unless it is for a purpose and to a location as specified in the Appearance Bond, and with the prior permission of Pretrial Services. ECF No. 13 at 6.

2. In addition to being on Federal Pretrial Release, Mr. Martinez is under pretrial supervision by the State of Nevada. The conditions of Mr. Martinez's state supervision

require him to check in periodically at the Clark County Detention Center. The Clark County Detention Center is not currently an approved location for Mr. Martinez to visit in Las Vegas.

3. Mr. Martinez moves the Court to modify his conditions to permit him to travel to the Clark County Detention Center for purposes of complying with the conditions of his state supervision, with the prior permission of Pretrial Services.

4. Counsel has spoken with Pretrial Services concerning this issue. Pretrial Services support the requested modification.

5. The government has no objection to the requested modification.

DATED this 29th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|     */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender |     */s/ Daniel Schiess*<br>By_____<br>DANIEL SCHIESS<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA A. MARTINEZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**ORDER** |

　　　　IT IS THEREFORE ORDERED that Mr. Martinez's conditions of release be modified to allow him to travel to the Clark County Detention Center for purposes of complying with the conditions of his state supervision, with the prior permission of Pretrial Services.

　　　　DATED this  30th  day of  September,  2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE