# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00219-APG-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (Docket No. 20) |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to modify Defendant Joshua A. Martinez's conditions of pretrial release. Docket No. 20. For good cause shown, the stipulation is **GRANTED**. Defendant's conditions of release are modified to allow him to travel to Overton, Nevada for the purpose of obtaining a mental health evaluation, with the prior permission of Pretrial Services.

IT IS SO ORDERED.

DATED: October 25, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1