CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
JAMES A BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-219-APG-DJA |
| Plaintiff, | **Bill of Particulars for Forfeiture of Property** |
| v. | |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The Criminal Indictment, ECF No. 1, seeks forfeiture of property pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c). To correct the property listed in the forfeiture allegation, the United States hereby gives notice that the following property is subject to forfeiture:

1. a Ruger .45 caliber handgun, Serial No. 661-64183;
2. a Century Arms AK-47 type rifle, Serial No. RAS47026873;
3. 10 rounds of .45 caliber ammunition;
4. approximately 150 rounds of .223 ammunition; and
5. any and all compatible ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

Dated this 27th day of October 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/  *James A. Blum*
JAMES A BLUM
Assistant United States Attorney
