## Index of Exhibits

| No. | Document |
|-----|----------|
| 1. | January Facebook Warrant |
| 2. | Residential Warrant |
| 3. | Vehicle Warrant |
| 4. | Arrest Warrant |
| 4A. | Declaration of Warrant/Summons |
| 5. | February Facebook Warrant |
| 6. | Cellphone Warrant |
| 6A. | Cellphone Forensic Exam Report |