# EXHIBIT "1"

# EXHIBIT "1"

Electronically Filed
01/13/2021

*[signature]*

CLERK OF THE COURT

SW-21-00180

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

Event #: _____ 210100032484 _____

| STATE OF NEVADA | ) | | Joshua Martinez |
|---|---|---|---|
| | ) | ss: | ID#: 2601698 |
| COUNTY OF CLARK | ) | | DOB: ████ 8   SS#: ████████ 7 |

S. Baker, P# 5571, being first duly sworn, deposes and says that he is the affiant herein

and is a Detective with the Las Vegas Metropolitan Police Department (LVMPD) presently

assigned to the SNCTC. That he has been employed with the LVMPD for the past 23 years

and has been assigned to the SNCTC for the past 4 years.

There is probable cause to believe that certain property hereinafter described will be found

at the following described premises, to-wit: **Facebook Inc., 1601 Willow Road, Menlo**

**Park, CA 94025 reference the Facebook account with the Facebook user**

**identification number of 100055990480014, with a web address of**

**https://www.facebook.com/profile.php?id=100055990480014.**

The property referred to and sought to be seized consists of the following:

**1.**

**1.Records concerning the identity of Facebook user ID number**

**100055990480014**

**(https://www.facebook.com/profile.php?id=100055990480014), to include**

**name, address, email address, date of account creation, IP address at**

**account sign up, and any other personally identifying information**

**2. Logs showing IP addresses and date stamps for account access for**

**Facebook user ID number 100055990480014**

LVMPD 378 (Rev. 01/15) WORD 2010

USAO-000043

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
## (Continuation)

Event #:  210100032484

**(https://www.facebook.com/profile.php?id=100055990480014)**

**3. The contents of private messages in the user's inbox for Facebook user**

**ID number 100055990480014**

**(https://www.facebook.com/profile.php?id=100055990480014)**

**4. The contents of sent mail and trash folders for Facebook user ID number**

**100055990480014**

**(https://www.facebook.com/profile.php?id=100055990480014)**

**5. The current and deleted Facebook statuses for Facebook user ID number**

**100055990480014**

**(https://www.facebook.com/profile.php?id=100055990480014)**

**6. The stored user files including photos, videos, and Facebook posts. As**

**well as current and deleted blog content for Facebook user ID number**

**100055990480014**

**(https://www.facebook.com/profile.php?id=100055990480014)**

**7. The check-in statuses depicting the users location from 10/13/2018 to**

**12/13/2018 for Facebook user ID number 100055990480014**

**(https://www.facebook.com/profile.php?id=100055990480014),**

The property hereinbefore described constitutes evidence which tends to

demonstrate that the criminal offense of **Stalking (with use of internet),**

**Conspiracy to intimidate a Public Officer** has been committed.

USAO-000044

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
(Continuation)

Event #:  210100032484

In support of your affiant's assertion to constitute the existence of probable cause, the following facts are offered: On 01/07/2021 your affiant became aware of a Facebook post, posted to the account located at the web address of https://www.facebook.com/profile.php?id=100055990480014. The name of the individual associated with this account is Joshua Martinez, and the profile picture is of an individual identified as Joshua Martinez (DOB ███████). This page has privacy settings which are set to public viewing, meaning that this information is open source and no surreptitious investigative techniques are necessary in order to view the contents of this page. The specific Facebook post referenced by your affiant was posted on 01/06/2021 at 1:06am (Pacific Time Zone), and is represented to have been authored by the individual identified as Joshua Martinez. The post states the following; "This is Detective Kenneth Mead with the Metropolitan Police Department. He is an enemy of the constitution and has tried to make my life a living hell but has failed. To any activist here in Las Vegas please keep an eye out for him. I also have his resume just in case you want more intel on him. Contact me for more information". Below this statement are posted three pictures of an individual identified as LVMPD Detective Kenneth Mead (P#5831). These pictures appear to be clipped from an article from the Facebook page for the Nevada Association for Court Career Advancement (NACCA), dated February 22 (unknown year). The headline over these pictures states "Detective Ken Mead with Las Vegas Metropolitan (Metro) Police Department presenting Sovereign Citizens". (Exhibit 1). The Facebook post by Martinez had twelve (12) comments and six (6) shares as of

USAO-000045

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210100032484

01/11/2021, including one comment from the Facebook account "Ismael Rincon" which states "This snowflake has a very punchable face".

   Based on the above listed Facebook post, it appears to your affiant that the user of the "Joshua Martinez" Facebook page (https://www.facebook.com/profile.php?id=100055990480014) is attempting to conspire with local "activists" in order to target Detective Mead for harassment, including providing intelligence on Detective Mead in the form of his purported resume.

   A criminal history check of Joshua Martinez (DOB ▓▓▓▓▓) revealed a criminal history which included arrests for violent crimes and weapons charges. These arrests include; 7/2008 minor in consumption of alcohol, possess firearm while under the influence of drugs or alcohol, Driving under the influence, possess marijuana/ one ounce or less, possess unregistered firearm (denied); 10/2009 Assault with a deadly weapon, Discharge of a firearm at or in a house, Discharge of a firearm from a vehicle (dismissed); 7/2010 Possession of a firearm with obliterated/ altered serial number, Ex-Felon/ prohibited person in possession of a firearm (dismissed); 11/2014 Driving under the influence (plead guilty); 02/2017 False statement to police officer (found guilty at trial); 06/2017 Carrying a concealed weapon without a permit (dismissed); 11/2017 Trespass (dismissed); Attempted carry concealed weapon without permit (found guilty); 03/2019 Violation of probation (found guilty), 12/2020 Trespass (not adjudicated).

USAO-000046

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210100032484

---

Martinez is a known anti-government/ anti-law enforcement activist. Martinez currently hosts a monetized Youtube page which primarily consists of videos from "1st amendment audits" (https://www.youtube.com/channel/UCzP9I6r-yFPowEaNHndFglg/videos). For context, 1st Amendment audits consist of single or multiple individuals photographing or filming in a public place, or a perceived public space such as military bases and medical facilities. "Auditors" often target law enforcement officers in the performance of their duties, as well as law enforcement facilities in which most auditors believe they should have un-fettered access. "Auditors" are often confrontational with any authority figures who deny them access, which may escalate to vulgar language and obstructing criminal investigations. Many auditors, to include Martinez, post their "audit" videos to YouTube channels. These channels are more often than not monetized, which means that the owner of the channel receives monetary compensation from YouTube, based on the amount of views a particular video receives. As an example, on 12/19/2020 Martinez posted a video to his YouTube channel entitled "First Amendment Audit -Arrested - Southern Nevada Health District - Joshua Martinez". During this video, Martinez and another identified "auditor" gain access to the front lobby of the Southern Nevada Health District facility located at 280 S. Decatur Blvd, LV, NV 89107. Martinez is subsequently asked by security staff to wear a facemask due to Covid-19 restrictions, to which he refuses to comply. Martinez and the second auditor continually try to gain access to patient areas (succeeding several times),

USAO-000047

after being repeatedly told that no filming is allowed in these areas to do HIPAA (Health Insurance Portability and Accountability Act) patient privacy concerns. Martinez is repeatedly asked to leave the facility by security personnel and management. Martinez refuses, and eventually LVMPD patrol officers arrive and take Martinez into custody. Martinez was arrested for trespassing on this occasion.

Other videos on Martinez's YouTube channel include videos discussing his arrest at the Lloyd D. George Federal Courthouse. Martinez is an avid supporter of Ammon Bundy (known anti-government activist who participated in the 2014 armed standoff at the Bundy ranch in Nevada, as well as the 2016 armed occupation of the Malheur National Wildlife Refuge in Oregon). Martinez protested numerous times at the Lloyd D. George Federal Courthouse during the Bundy Ranch trial, during which he was arrested for providing false information to a police officer.

On a video posted to his YouTube account on 03/07/2019, Martinez discusses his arrest and trial for the charge of carrying a concealed weapon. During this video Martiez states "...I knew it was Detective Kenneth Mead who spearheaded this whole sting". "Then, I went to court and found out that Michael Dickerson (DDA Michael Dickerson) who also went after a couple other activists here in Las Vegas as well, he was handling the case. He handled the case I knew was controlled by Detective Kenneth Mead." Martinez goes on to explain again how Detective Mead was controlling the investigation

USAO-000048

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210100032484

even though he was not involved in the case.

On a video posted to his YouTube account on 3/11/2019 (https://www.youtube.com/watch?v=bkEzC5HR-9U), Martinez appears to have been arrested by the LVMPD outside the Lloyd D. George Federal Courthouse. In the narrative, Martinez states the following in part; "On February 9, 2017 I was arrested in front of the federal courthouse to attend the Bundy Ranch Trial to support the defendants. I was denied entry and requested information regarding the policy and the names of the Marshals and Federal Police who were enforcing this policy."

"Later I was taken around the corner and eventually to a police substation at the request of a Las Vegas Metropolitan Police Officer, Detective Kenneth Mead with the Anti Terrorist Task Force. He questioned me and seized my common law ID which he turned over to the FBI. I was eventually found guilty of obstruction in City Court. It was a bench trial, a judge decided. I appealed it and my appeal was denied."

"Ever since I met Kenneth Mead activism has gotten a little harder. He has followed me, and even showed up to my other court hearings, that he had nothing to do with, in an attempt to sabotage my case by presenting Facebook posts to the judge and prosecutor. He was successful in one case because the judge threw me in jail over my posts. I wasn't charged with a crime but my bail was revoked and I was remanded back

USAO-000049

into custody over an "anti-cop" meme."

Martinez is friends with many other "Auditors" from around the country. One of these individuals is known as "James Freeman" who utilizes a YouTube Chanel under the same name. On 03/05/2019, Freeman posted a video entitled "KENNETH MEAD - ANTI TERRORISM - What do Al'Qaeda, ISIS, and Joshua Martinez have in common?" (https://www.youtube.com/watch?v=vWDdSQIxUD0). During this video Freeman discusses Martinez's court case regarding his carrying a concealed weapon (CCW) charge. Freeman goes on to identify Detective Mead as the individual who presented evidence against Martinez in court. Freeman identifies Det. Mead as a detective who specializes in counter-terrorism investigations for the LVMPD. During the video Freeman looks up and divulges Det. Mead's yearly salary, and then attempts to draw comparisons between international terrorism investigations and the Martinez CCW trial based solely on the supposed involvement of Det. Mead. During the video Freeman further states that Det. Mead "….terrorizes American citizens, he showed up to Josh's (Martinez) court date." This video has 8942 viewsand is a further example of how Martinez utilizes his activism affiliations to harass Det. Mead, and that this harassment is long-standing and on-going.

An article on "The free thought project" web site (https://thefreethoughtproject.com/innocent-father-branded-constitution/) posted on

USAO-000050

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210100032484

02/22/2020, states "Martinez believes because he is a Constitutional activist he was targeted for arrest by one certain detective he later learned was a LVMPD Anti-terrorism Division Detective/Joint Terrorist Task Force with the FBI. His name is Detective Kenneth Mead. Cliven Bundy was cleared of all wrongdoing but Martinez wasn't so lucky." "Martinez believes Mead likes to lump all people who make waves as constitutionalists and brand them as troublemakers. That's what he says Mead did to him. Although Martinez cannot prove it, he has seen Mead show up in court for his own court proceedings." The article further states "On my sentencing on Feb. 26, I saw detective Mead with a Manila folder in his hand. This guy isn't supposed to be here. He wasn't the arresting officer and he wasn't on the case. My defense attorney came back to me and told me 'Dude he's got all these Facebook posts!'"

"Detective Kenneth Mead gave them to the prosecutor. The prosecutor gave them to the judge. And the judge just loses it and tells me I belong in prison. He gave us an option to either withdraw my plea or take it to trial." The article ends with the statement "He told us he believes his civil rights have been violated but says no civil rights attorney in Clark County will touch his case because they're afraid of LVMPD. He is currently looking for an outside attorney to take his case in a lawsuit against Det. Mead, and the LVMPD."

A review of the Joshua Martinez Facebook page (https://www.facebook.com/profile.php?id=100055990480014) showed numerous

USAO-000051

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210100032484

postings of his "1st amendment auditing" videos on YouTube as well as illustrating a disturbing pattern of violent anti-government and anti-law enforcement rhetoric. Below listed is examples of his violent anti-government postings. (Exhibit 2)

On 01/07/2021, Martinez posted a picture of two armed militia groups with the caption "Just imagine if these two groups United. We could really make a change. What a shame that people would rather fight each other than go after the real enemy."

On 01/06/2021, Martinez posted a picture of Ashli E. Babbitt (killed during a riot at the U.S. capitol building on 01/06/2021) with the caption "Remember this face next time you bootlickers want to wave your blue line flag. Get your heads out of your asses"

On 01/06/2021, Martinez posted "What country can preserve its liberties if their rulers are not warned from time to time that their people preserve the spirit of resistance? Let them take arms!!!"

On 01/06/2021 Martinez posted a picture of human skulls underneath the words "Make politicians hang again!"

On 01/06/2021 Martinez posted "The tree of liberty must be refreshed from time to time with the blood of patriots and tyrants".

USAO-000052

# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
## (Continuation)

On 01/02/2021 Martinez posted a picture of a stuffed dog with the caption "When the ATF kicks in your door and the first guy in the stack shoots your Tannerite (explosives) stuffed German Shepard: So you have chosen death".

On 12/31/2020 Martinez posted a picture of two individuals wearing black balaclavas labeled as Joshua Martinez and Alan Lias. The caption reads "You can't have a BOOG without the Balaclava! 2021 Resolution/Revolution". It should be noted that BOOG is short for the Boogaloo, a common term used among anti-government groups denoting armed revolution against the government.

On 12/28/2020 Martinez posted a picture of a cat who appears to be smiling with the caption "Me when the politician hanging from the overpass does that gurgle, swing kicky thing I like."

On 12/26/2020 Martinez posted a picture of an English soldier during the revolutionary war and a picture of a modern day police officer under the words "Sometimes tyranny changes costumes", along with the caption "Something for the FAKETRIOTS with their thin blue line flag".

On 12/22/2020 Martinez posted a picture of a guillotine under the words "Something

USAO-000053

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #: 210100032484

you can do with your $600 stimulus check" with the caption "Yes we can".

On 12/09/2020 Martinez posted a picture from the movie Troy under the words "When the boogaloo's kicked off and your friend can't bring himself to put the blood gurgling alphabet boy (common anti-government slang for a member of the FBI, CIA, NSA, etc.) out of his misery; That's why no one will remember your name." Martinez captions this with "Don't forget assholes from the fusion center." It should be noted that Det. Mead is assigned to the LVMPD fusion center.

On 12/08/2020 Martinez posted a screen shot of two purported fake Facebook profiles who attempted to send him a friend request. Martinez captions these photos with "Nice try, Detective Kenneth Mead".

In a previously captured post with an unknown date posted during his CCW trial, Martinez posts a link to a YouTube video regarding convicted felon Bryce Cuellar with the caption "This is Bryce Cuellar AKA Fisherofmen. He is in prison for ranting on his YouTube channel about government corruption. He was targeted by LVPD Detective Kenneth Mead and Deputy District Attorney Michael Dickerson, the same two tyrants who are currently targeting me. Detective Mead took Bryce's words out of context and blew his statement way out of proportion just to increase the odds for a conviction. They manipulated the fact to put an innocent man behind bars! Please listen to his story and

USAO-000054

keep him in your thoughts and prayers.#" (Exhibit 3)


Your affiant has spoken to Det. Mead reference the continual instances of harassment by Martinez. Det. Mead stated that he has had no contact with Martinez since his trial for carrying a concealed weapon ended in 2019, nor has he conducted any further investigations into Martinez.


Your affiant noted that as of 01/11/2021. Joshua Martinez has 693 friends on his Facebook account (https://www.facebook.com/profile.php?id=100055990480014), and is followed by an additional 91 individuals. Many of these individuals harbor known anti-government/ anti-law enforcement sentiments and have participated in armed resistance against government authorities. Many others are "1st Amendment auditors" who routinely target law enforcement and government personnel and facilities for harassment. Based on this information, it appears clear that Martinez has the appropriate "target audience" on Facebook with which to continue his targeted harassment of Det. Mead by passing "intel" regarding him to like-minded individuals. As it is known that Facebook has a messenger component, the contents of which are not readily viewable by anyone except for the sender and the recipient, your affiant feels that exploitation of Martinez's messages would provide valuable insight regarding the identities of whom Martinez is conspiring with, as well as what intelligence information Martinez actually possess regarding Det. Mead and whether it was gained through illegal

USAO-000055

means, as well as any future plans to continue the targeted harassment.

Based on the information provided in the social media postings from Joshua Martinez on his Facebook account and other forms of electronic communications to include YouTube and other websites, it appears clear that Joshua Martinez was attempting to use his electronic influence to intimidate Det. Mead during his CCW trial, in order to discourage his further participation in Martinez's trial. Further, your affiant believes that Martinez's continued electronic harassment of Det. Mead is clearly intended to discourage Det. Mead from conducting any further investigations into Martinez's continual anti-government / anti-law enforcement activities which includes conspiring with other like-minded individuals to continue with the targeted harassment. Based on the aforementioned information, your affiant and all others cognizant of this investigation, believe that the probable cause submitted in this affidavit tends to support that Joshua Martinez has exhibited a pattern of behavior which constitutes the criminal offense of Stalking (with use of the internet) NRS 200.575 , and Conspiracy to Intimidate a Public Officer NRS 199.300

Your affiant requests this warrant be sealed due to the fact the current investigation is ongoing in order to determine the true identity of the individual responsible for the Facebook posts attributed to the Joshua Martinez Facebook page, to determine if there

USAO-000056

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210100032484

are as yet un-identified co-conspirators to this crime, as well as if any plans for future unlawful activities have been communicated to as yet un-identified co-conspirators. A seal is requested in order to preserve the integrity of the investigations, and the maintenance of specialized investigative techniques.

WHEREFORE, affiant requests that a Search Warrant be issued directing a search for and seizure of the aforementioned items at the location set forth herein between the hours of 7:00 A.M. & 7:00 P.M.

**S. Baker, AFFIANT**

**Subscribed and sworn to before me this    13th    day of    January    ,  2021**

**JUDGE**

DDA J. Walsh

**Approved by:**

RE: LLV 21010032484

USAO-000057

Electronically Filed
01/13/2021

*Aaron D. Ford* (signature)

CLERK OF THE COURT

## SEARCH WARRANT          SW-21-00180

| | | | | | |
|---|---|---|---|---|---|
| **STATE OF NEVADA** | ) | | **Joshua Martinez** | | |
| | ) | ss: | **ID#: 2601698** | | |
| **COUNTY OF CLARK** | ) | | **DOB:** ████████ | **SS#:** ███████ | |

The State of Nevada, to any Peace Officer in the County of Clark. Proof by Affidavit having been made before me by S. Baker, P# 5571, said Affidavit attached hereto and incorporated herein by reference, that there is probable cause to believe that certain property, namely

**1. Records concerning the identity of Facebook user ID number 100055990480014 (https://www.facebook.com/profile.php?id=100055990480014), to include name, address, email address, date of account creation, IP address at account sign up, and any other personally identifying information**

**2. Logs showing IP addresses and date stamps for account access for Facebook user ID number 100055990480014 (https://www.facebook.com/profile.php?id=100055990480014)**

**3. The contents of private messages in the user's inbox for Facebook user ID number 100055990480014 (https://www.facebook.com/profile.php?id=100055990480014)**

**4. The contents of sent mail and trash folders for Facebook user ID number 100055990480014 (https://www.facebook.com/profile.php?id=100055990480014)**

**5. The current and deleted Facebook statuses for Facebook user ID number 100055990480014 (https://www.facebook.com/profile.php?id=100055990480014)**

USAO-000058

## SEARCH WARRANT
### (Continuation)

### Page 2

**6. The stored user files including photos, videos, and Facebook posts. As well as current and deleted blog content for Facebook user ID number 100055990480014 (https://www.facebook.com/profile.php?id=100055990480014)**

**7. The check-in statuses depicting the users location from 10/13/2018 to 12/13/2018 for Facebook user ID number 100055990480014 (https://www.facebook.com/profile.php?id=100055990480014),**

are presently located at **Facebook Inc., 1601 Willow Road, Menlo Park, CA 94025 reference the Facebook account with the Facebook user identification number of 100055990480014, with a web address of https://www.facebook.com/profile.php?id=100055990480014.**

And as I am satisfied that there is probable cause to believe that said property is located as set forth above and that based upon the affidavit attached hereto there are sufficient grounds for the issuance of the Search Warrant.

USAO-000059

## SEARCH WARRANT
### (Continuation)

**Page 3**

You are hereby commanded to search forthwith said premises for said property, serving this warrant between the hours of 7:00 A.M. & 7:00 P.M., and if the property is there to seize it, prepare a written inventory of the property seized, and make a return for me within ten days.

**Dated this**  13th  **day of**  January  ,  **2021**

JUDGE

RE: LLV 21010032484

USAO-000060

Electronically Filed
01/13/2021

CLERK OF THE COURT

**FYI**
**IN RE: SEARCH WARRANT for**    )
                                 )
Facebook account with the Facebook user )
identification number of 100055990480014, )
with    a    web    address    of )
https://www.facebook.com/profile.php?id=100 )
055990480014                     )
                                 )
_____ )

**ORDER SEALING
AFFIDAVIT**

SW-21-00180

Upon the ex parte application of S. Baker, a commissioned officer with the Las

Vegas Metropolitan Police Department and Affiant, to seal the Affidavit in support of the

attached Search Warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Affidavit in support of the attached Search Warrant be

ordered sealed pending further order of this Court except that copies may be provided to

the office of the Clark County District Attorney and the District Attorney may provide

copies to a Defendant in a criminal proceeding as part of the criminal discovery process,

and

IT IS FURTHER ORDERED a copy of this order sealing the Affidavit be left at the

premises along with the Search Warrant in lieu of the Affidavit in support of the Warrant.

DATED this ____13th____ day of ____January____ , ____2021____ .

JUDGE

AFFIANT

LVMPD 360 (Rev. 1/13) WORD 2010

USAO-000061

## SEARCH WARRANT
### (Continuation)

**Page 2**

USAO-000062

# EXHIBIT 1

USAO-000063



## Joshua Martinez

Posts    About    Friends 693    Photos    Videos    More ▾          Add Friend

USAO-000064

**Joshua Martinez**
January 6 at 1:06 AM · 🌐

•••

This is Detective Kenneth Mead with the Metropolitan Police Department. He is an enemy of the constitution and has tried to make my life a living hell but has failed. To any activist here in Las Vegas please keep an eye out for him. I also have his resume just in case you want more intel on him. Contact me for more information



👍❤️😮 Alan Lias and 32 others          12 Comments  6 Shares

👍 Like          💬 Comment          ↪ Share

USAO-000065



**Alan Lias**
Fuck this guy! I'm sure he had something to do with that sting earlier this week!

Like · Reply · 5d                                              👍 2

> **✎ Author**
> **Joshua Martinez**
> Alan Lias ohh yea!!!!! That "silencer"
>
> Like · Reply · 5d                                    😋 1

> Write a reply...                          ☺  �‿  GIF  😋

**Waddah Tah**
He looks like the church of Satan dude. 🐐 probably kills goats for Satan.

Like · Reply · 3d                                            👍 1

**Tommy Klonicki**
Psychos always have that certain look in their eyes. Kinda like Down syndrome people; they have a certain look about them. Of course the second of the two are most gerally the SWEETEST people on earth.

Like · Reply · 5d                                            👍 1

**Ismael Rincón**
This snowflake has a very punchable face 👊
Like · Reply · 5d                                    👍 1

**David Boren**
Does he also profess to be a Christian???
Like · Reply · 5d                              👍 1

> **✎ Author**
> **Joshua Martinez**
> David Boren his religious beliefs are unknown.
>
> Like · Reply · 5d

> Write a reply...                          ☺  ☺  GIF  😋

**David Tucker**
Well done Detective Mead.

Like · Reply · 1d

**Hemi Kakariki**
Expose him   👍 1

USAO-000066

Like · Reply · 2d



**OG KT**
Hello, I'm an activist with the National Plus Coalition.. it's
a grassroots organization based out of Mississippi
however we are connected throughout the states.. We
are looking for Trustworthy, dedicated , hungry for
righteousness in our system to become apart... I live in
Las Vegas.. you can contact me or message the
organization **#getinvolved** the time is now
**https://m.facebook.com/PLUS.NATIONAL52**

   **The National PLUS Coalition**
Nonprofit Organization

Like · **Reply** · 7h

USAO-000067

# EXHIBIT 2

USAO-000068



**Joshua Martinez** •••
January 6 at 6:33 PM · 🌐

Remember this face next time you bootlickers want to wave your blue
line flag. Get your heads out of your asses



👍😆❤️ Alan Lias, Jp Ambriz and 40 others   23 Comments  11 Shares



👍 Like          💬 Comment          ↪ Share

USAO-000069

 **Joshua Martinez**
4d · 🌐                                              •••

Just imagine if these two groups United. We could really make a change. What a shame that people would rather fight each other than go after the real enemy. 😢





USAO-000070



**Joshua Martinez**
January 6 at 5:14 PM · 🌐

•••

What country can preserve its liberties if their rulers are not warned from time to time that their people preserve the spirit of resistance? Let them take arms!!!

👍❤️😆 19

5 Comments  4 Shares

USAO-000071





**Joshua Martinez**
January 2 at 5:36 PM · 🌐

···

When the ATF kicks in your door
and the first guy in the stack
shoots your tannerite stuffed
German Shepherd:



so you have chosen death.

USAO-000074

 **Joshua Martinez** is with **Alan Lias**.
December 31, 2020 at 9:45 PM · 🌐                                    •••

You can't have a BOOG without the Balaclava! 2021
Resolution/Revolution



USAO-000075

**Joshua Martinez**
December 26, 2020 at 12:22 PM · 🌎

•••

Something for the FAKETRIOTS with their blue line flag.



👍❤️😆 49                                                 2 Comments  11 Shares



USAO-000077





**Joshua Martinez**
December 9, 2020 · 🌐

···

Don't forget assholes from the fusion center.

When the boogaloo's kicked off and your friend can't bring himself to put the blood gurgling alphabet boy out of his misery:



 14

4 Comments  2 Shares

USAO-000079



# EXHIBIT 3

USAO-000081

 **Joshua Martinez**
19 mins · 🌐

This is Bryce Cuellar AKA Fisherofmen. He is in prison for ranting on his YouTube channel about government corruption . He was targeted by LVPD Detective Kenneth Mead and Deputy District Attorney Michael Dickerson, the same two tyrants who are currently targeting me. Detective Mead took Bryce's words out of context and blew his statement way out of proportion just to increase the odds for a conviction. They manipulated the fact to put an innocent man behind bars!
Please listen to his story and keep him in your thoughts and prayers.
#freefisherofmen
Jared Green

 **Illuminati F.B.I. Targeting FisherOfMen!! [My Full Story] 2016 (Modern Militia Movement Exposed!!)**

YOUTUBE.COM

 Like      💬 Comment       Share

USAO-000082