# EXHIBIT "2"

# EXHIBIT "2"



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
Event #:   210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

STATE OF NEVADA )
                ) ss:
COUNTY OF )
CLARK

Joshua Martinez
ID#: 2601698
DOB: ▮▮▮       SS#: ▮▮▮▮▮▮

A. Packe, P# 7417, being first duly sworn, deposes and says that he is the affiant herein and is a Sergeant with the Las Vegas Metropolitan Police Department (LVMPD) presently assigned to the Counter Terrorism. That he has been employed with the LVMPD for the past 19 years and has been assigned to the Counter Terrorism for the past 3 years.

There is probable cause to believe that certain property hereinafter described will be found at the following described premises, to-wit: **1)** ▮▮ ▮▮▮▮ **Avenue, Las Vegas, Clark County, Nevada. This residence is located on the northeast corner of the intersection of** ▮▮▮▮ **Avenue and** ▮▮▮▮ **Street, Las Vegas, Nevada. This residence is further described as a single-story, single-family home, having a primarily light grey color stucco exterior with blue trim on the windows and awnings. The residence has a shingle roof, and a two car garage, with a white door, that faces south. The numbers "**▮▮▮**" are in black numbering on the blue awning/trim facing west.  The front door faces to the west and appears to be a storm door with white trim. The front door has a grey "X" that appears to be duct tape or similar. (2)** ▮▮▮▮▮▮▮▮▮▮ **,** ▮▮▮ **a** ▮▮▮**. Also described as located at 36 degrees 41 minutes 3.7 seconds North by 114 degrees 39 minutes 33.98 seconds West. This address is further described as a 5.98 acre unimproved**

USAO-019289

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(2))

lot containing a salmon colored building with a partially destroyed roof, a grey in color construction trailer, and a green and white tent camper along with numerous vehicles which appear to be disabled (see exhibit 1), (3) the persons located at the premises at the time of the execution of this search warrant, (4) vehicles located on the curtilage of the properties at the time of the service of this warrant and (5) sheds and out buildings located on the curtilage of the properties.

Exhibit 1.



USAO-019290

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))



The property referred to and sought to be seized consists of the following:

**1. Firearms, ammunition, holsters, firearms cases, gun cleaning equipment, receipts for firearms, ammunition or equipment purchases indicating purchase, possession, or acquisition of firearms and/or ammunition,**

**2. Digital or physical items indicating planning, ideology, and/or preoperational surveillance to include maps, drawings, concert tickets, hotel room reservations and receipts, notes, pictures (digital or physical), cameras, video recorder, or digital media, flash drives, an computers, hard drives, laptops, cellular telephones, and tablets which may contain such items,**

**3. Any persons located in the premises at the time of service,**

**4. Any and all vehicles located at the residence/ properties at the time of service to include those in the curtilage and/or driveway of the residence/ properties,**

Page 3

USAO-019291

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
## (Continuation)

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

(and articles) of personal property which would tend to establish the identity of persons in control of said premises, which items of property would consist in part of and include, but not limited to papers, documents and effects which tend to show possession, dominion and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and gas receipts. Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed or stored on computer disc. Objects which bear a person's name, phone number or address.

The property hereinbefore described constitutes evidence which tends to demonstrate that the criminal offense of **Aggravated Stalking, Stalking with use of the Internet, Harassment (2 counts), Fight or Challenge to Fight, Involving use of a Deadly Weapon** has been committed.

In support of your affiant's assertion to constitute the existence of probable cause, the following facts are offered: In support of your declarant's assertion to constitute the existence of probable cause, the following facts are offered: On 01/07/2021 your declarant became aware of a Facebook post, posted to the account located at the web address of https://www.facebook.com/profile.php?id=100055990480014. The name of the individual

USAO-019292

CERTIFIED COPY
ELECTRONIC SEAL NRS 1.190(2)

associated with this account is Joshua Martinez, and the profile picture is of an individual identified as Joshua Martinez (DOB ▮▮▮▮. This page has privacy settings which are set to public viewing, meaning that this information is open source and no surreptitious investigative techniques are necessary in order to view the contents of this page. The specific Facebook post referenced by your declarant was posted on 01/06/2021 at 1:06am (Pacific Time Zone), and is represented to have been authored by the individual identified as Joshua Martinez. The post states the following; "This is Detective Kenneth Mead with the Metropolitan Police Department. He is an enemy of the constitution and has tried to make my life a living hell but has failed. To any activist here in Las Vegas please keep an eye out for him. I also have his resume just in case you want more intel on him. Contact me for more information". Below this statement are posted three pictures of an individual identified as LVMPD Detective Kenneth Mead (P#5831). These pictures appear to be clipped from an article from the Facebook page for the Nevada Association for Court Career Advancement (NACCA), dated February 22 (unknown year). The headline over these pictures states "Detective Ken Mead with Las Vegas Metropolitan (Metro) Police Department presenting Sovereign Citizens". The Facebook post by Martinez had twelve (12) comments and six (6) shares as of 01/11/2021, including one comment from the Facebook account "Ismael Rincon" which states "This snowflake has a very punchable face".

Based on the above listed Facebook post, it appears to your declarant that the user of

USAO-019293

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

the "Joshua Martinez" Facebook page (https://www.facebook.com/profile.php?id=100055990480014) is attempting to conspire with local "activists" in order to target Detective Mead for harassment, including providing intelligence on Detective Mead in the form of his purported resume.

A criminal history check of Joshua Martinez (DOB ██████) revealed a criminal history which included arrests for violent crimes and weapons charges. These arrests include; 7/2008 minor in consumption of alcohol, possess firearm while under the influence of drugs or alcohol, Driving under the influence, possess marijuana/ one ounce or less, possess unregistered firearm (denied); 10/2009 Assault with a deadly weapon, Discharge of a firearm at or in a house, Discharge of a firearm from a vehicle (dismissed); 7/2010 Possession of a firearm with obliterated/ altered serial number, Ex-Felon/ prohibited person in possession of a firearm (dismissed); 11/2014 Driving under the influence (plead guilty); 02/2017 False statement to police officer (found guilty at trial); 06/2017 Carrying a concealed weapon without a permit (dismissed); 11/2017 Trespass (dismissed); Attempted carry concealed weapon without permit (found guilty); 03/2019 Violation of probation (found guilty), 12/2020 Trespass (not adjudicated).

Martinez is a known anti-government/ anti-law enforcement activist. Martinez currently hosts a monetized Youtube page which primarily consists of videos from "1st amendment audits" (https://www.youtube.com/channel/UCzP9l6r-yFPowEaNHndFglg/videos).    For

USAO-019294

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

context, 1st Amendment audits consist of single or multiple individuals photographing or filming in a public place, or a perceived public space such as military bases and medical facilities. "Auditors" often target law enforcement officers in the performance of their duties, as well as law enforcement facilities in which most auditors believe they should have un-fettered access. "Auditors" are often confrontational with any authority figures who deny them access, which may escalate to vulgar language and obstructing criminal investigations. Many auditors, to include Martinez, post their "audit" videos to YouTube channels. These channels are more often than not monetized, which means that the owner of the channel receives monetary compensation from YouTube, based on the amount of views a particular video receives. As an example, on 12/19/2020 Martinez posted a video to his YouTube channel entitled "First Amendment Audit -Arrested - Southern Nevada Health District - Joshua Martinez". During this video, Martinez and another identified "auditor" gain access to the front lobby of the Southern Nevada Health District facility located at 280 S. Decatur Blvd, LV, NV 89107. Martinez is subsequently asked by security staff to wear a facemask due to Covid-19 restrictions, to which he refuses to comply. Martinez and the second auditor continually try to gain access to patient areas (succeeding several times), after being repeatedly told that no filming is allowed in these areas to do HIPAA (Health Insurance Portability and Accountability Act) patient privacy concerns. Martinez is repeatedly asked to leave the facility by security personnel and management. Martinez refuses, and eventually LVMPD patrol officers arrive and take Martinez into custody. Martinez was arrested for trespassing on this occasion.

Page 7

USAO-019295



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(8)) Other videos on Martinez's YouTube channel include videos discussing his arrest at the

Lloyd D. George Federal Courthouse. Martinez is an avid supporter of Ammon Bundy

(known anti-government activist who participated in the 2014 armed standoff at the Bundy

ranch in Nevada, as well as the 2016 armed occupation of the Malheur National Wildlife

Refuge in Oregon). Martinez protested numerous times at the Lloyd D. George Federal

Courthouse during the Bundy Ranch trial, during which he was arrested for providing false

information to a police officer.

On a video posted to his YouTube account on 03/07/2019, Martinez discusses his

arrest and trial for the charge of carrying a concealed weapon. During this video Martinez

states "…I knew it was Detective Kenneth Mead who spearheaded this whole sting".

"Then, I went to court and found out that Michael Dickerson (DDA Michael Dickerson) who

also went after a couple other activists here in Las Vegas as well, he was handling the

case. He handled the case I knew was controlled by Detective Kenneth Mead." Martinez

goes on to explain again how Detective Mead was controlling the investigation even

though he was not involved in the case.

On a video posted to his YouTube account on 3/11/2019

(https://www.youtube.com/watch?v=bkEzC5HR-9U), Martinez appears to have been

arrested by the LVMPD outside the Lloyd D. George Federal Courthouse. In the narrative,

USAO-019296

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

Martinez states the following in part; "On February 9, 2017 I was arrested in front of the federal courthouse to attend the Bundy Ranch Trial to support the defendants. I was denied entry and requested information regarding the policy and the names of the Marshals and Federal Police who were enforcing this policy."

"Later I was taken around the corner and eventually to a police substation at the request of a Las Vegas Metropolitan Police Officer, Detective Kenneth Mead with the Anti Terrorist Task Force. He questioned me and seized my common law ID which he turned over to the FBI. I was eventually found guilty of obstruction in City Court. It was a bench trial, a judge decided. I appealed it and my appeal was denied."

"Ever since I met Kenneth Mead activism has gotten a little harder. He has followed me, and even showed up to my other court hearings, that he had nothing to do with, in an attempt to sabotage my case by presenting Facebook posts to the judge and prosecutor. He was successful in one case because the judge threw me in jail over my posts. I wasn't charged with a crime but my bail was revoked and I was remanded back into custody over an "anti-cop" meme."

Martinez is friends with many other "Auditors" from around the country. One of these individuals is known as "James Freeman" who utilizes a YouTube Chanel under the same name. On 03/05/2019, Freeman posted a video entitled "KENNETH MEAD - ANTI

USAO-019297

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

TERRORISM – What do Al'Qaeda, ISIS, and Joshua Martinez have in common?"
(https://www.youtube.com/watch?v=vWDdSQIxUD0).   During   this   video   Freeman
discusses Martinez's court case regarding his carrying a concealed weapon (CCW)
charge. Freeman goes on to identify Detective Mead as the individual who presented
evidence against Martinez in court. Freeman identifies Det. Mead as a detective who
specializes in counter-terrorism investigations for the LVMPD. During the video Freeman
looks up and divulges Det. Mead's yearly salary, and then attempts to draw comparisons
between international terrorism investigations and the Martinez CCW trial based solely on
the supposed involvement of Det. Mead. During the video Freeman further states that Det.
Mead "….terrorizes American citizens, he showed up to Josh's (Martinez) court date." This
video has 8942 views and is a further example of how Martinez utilizes his activism
affiliations to harass Det. Mead, and that this harassment is long-standing and on-going.

An     article     on     "The     free     thought     project"     web     site
(https://thefreethoughtproject.com/innocent-father-branded-constitution/)     posted     on
02/22/2020, states "Martinez believes because he is a Constitutional activist he was
targeted for arrest by one certain detective he later learned was a LVMPD Anti-terrorism
Division Detective/Joint Terrorist Task Force with the FBI. His name is Detective Kenneth
Mead. Cliven Bundy was cleared of all wrongdoing but Martinez wasn't so lucky." "Martinez
believes Mead likes to lump all people who make waves as constitutionalists and brand
them as troublemakers. That's what he says Mead did to him. Although Martinez cannot

USAO-019298

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

prove it, he has seen Mead show up in court for his own court proceedings." The article

further states "On my sentencing on Feb. 26, I saw detective Mead with a Manila folder in

his hand. This guy isn't supposed to be here. He wasn't the arresting officer and he wasn't

on the case. My defense attorney came back to me and told me 'Dude he's got all these

Facebook posts!'"

"Detective Kenneth Mead gave them to the prosecutor. The prosecutor gave them to the

judge. And the judge just loses it and tells me I belong in prison. He gave us an option to

either withdraw my plea or take it to trial." The article ends with the statement "He told us

he believes his civil rights have been violated but says no civil rights attorney in Clark

County will touch his case because they're afraid of LVMPD. He is currently looking for an

outside attorney to take his case in a lawsuit against Det. Mead, and the LVMPD."

A review of the Joshua Martinez Facebook page

(https://www.facebook.com/profile.php?id=100055990480014) showed numerous

postings of his "1st amendment auditing" videos on YouTube as well as illustrating a

disturbing pattern of violent anti-government and anti-law enforcement rhetoric. Below

listed is examples of his violent anti-government postings.

On 01/07/2021, Martinez posted a picture of two armed militia groups with the caption

"Just imagine if these two groups United. We could really make a change. What a shame

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

that people would rather fight each other than go after the real enemy."

On 01/06/2021, Martinez posted a picture of Ashli E. Babbitt (killed during a riot at the U.S. capitol building on 01/06/2021) with the caption "Remember this face next time you bootlickers want to wave your blue line flag. Get your heads out of your asses"

On 01/06/2021, Martinez posted "What country can preserve its liberties if their rulers are not warned from time to time that their people preserve the spirit of resistance? Let them take arms!!!"

On 01/06/2021 Martinez posted a picture of human skulls underneath the words "Make politicians hang again!"

On 01/06/2021 Martinez posted "The tree of liberty must be refreshed from time to time with the blood of patriots and tyrants".

On 01/02/2021 Martinez posted a picture of a stuffed dog with the caption "When the ATF kicks in your door and the first guy in the stack shoots your Tannerite (explosives) stuffed German Shepard: So you have chosen death".

On 12/31/2020 Martinez posted a picture of two individuals wearing black balaclavas

USAO-019300

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

labeled as Joshua Martinez and Alan Lias. The caption reads "You can't have a BOOG without the Balaclava! 2021 Resolution/Revolution". It should be noted that BOOG is short for the Boogaloo, a common term used among anti-government groups denoting armed revolution against the government.

On 12/28/2020 Martinez posted a picture of a cat who appears to be smiling with the caption "Me when the politician hanging from the overpass does that gurgle, swing kicky thing I like."

On 12/26/2020 Martinez posted a picture of an English soldier during the revolutionary war and a picture of a modern day police officer under the words "Sometimes tyranny changes costumes", along with the caption "Something for the FAKETRIOTS with their thin blue line flag".

On 12/22/2020 Martinez posted a picture of a guillotine under the words "Something you can do with your $600 stimulus check" with the caption "Yes we can".

On 12/09/2020 Martinez posted a picture from the movie Troy under the words "When the boogaloo's kicked off and your friend can't bring himself to put the blood gurgling alphabet boy (common anti-government slang for a member of the FBI, CIA, NSA, etc.) out of his misery; That's why no one will remember your name." Martinez captions this with

Page 13

USAO-019301

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

"Don't forget assholes from the fusion center." It should be noted that Det. Mead is assigned to the LVMPD fusion center.

On 12/08/2020 Martinez posted a screen shot of two purported fake Facebook profiles who attempted to send him a friend request. Martinez captions these photos with "Nice try, Detective Kenneth Mead".

In a previously captured post with an unknown date posted during his CCW trial, Martinez posts a link to a YouTube video regarding convicted felon Bryce Cuellar with the caption "This is Bryce Cuellar AKA Fisherofmen. He is in prison for ranting on his YouTube channel about government corruption. He was targeted by LVPD Detective Kenneth Mead and Deputy District Attorney Michael Dickerson, the same two tyrants who are currently targeting me. Detective Mead took Bryce's words out of context and blew his statement way out of proportion just to increase the odds for a conviction. They manipulated the fact to put an innocent man behind bars! Please listen to his story and keep him in your thoughts and prayers.#"

On 02/17/2021 at approximately 8:37pm, LVMPD dispatch received a phone call from 702-308-3378 on the 311 recorded line. The caller identified himself as Joshua Martinez and verified his call-back number as 7▮▮▮▮▮▮▮8.During the recorded conversation with the LVMPD dispatcher, the individual who identified himself as Joshua Martinez states

Page 14

USAO-019302

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

that he is trying to get into contact with a detective who has possession of his personal property. When asked by the dispatcher which detective Martinez is trying to contact, Martinez states that he is trying to contact Detective Kenneth Mead who works in the LVMPD Fusion Center. Martinez then tells the dispatcher that if he contacts Detective Mead right now, that Det. Mead will probably call Martinez immediately, as they have been in contact in the past. Martinez then states that he will hang up and wait to be called back. LVMPD dispatch then calls Detective Mead and advises him of the phone call by Joshua Martinez. Det. Mead advises the dispatcher that Martinez has previously made threats against his person, and asks that the recorded conversation be flagged to be retained, as well as sent to his immediate supervisor, your declarant, Sergeant A. Packe P#7417. Det. Mead then states that he will be advising his supervisory chain regarding this phone call. Det. Mead then immediately contacted your declarant regarding this phone call from Joshua Martinez.

As your declarant knows that Martinez has previously made threats and harassing statements regarding Det. Ken Mead and DDA Michael Dickerson on his personal Facebook page, your declarant did an open source search of the Facebook page belonging                    to                Joshua                    Martinez (https://www.facebook.com/profile.php?id=100055990480014). Your declarant found that at approximately 8:45pm, a post was made by Martinez which stated that following; "This is Michael Dickerson. He is Detective Kenneth Meads Bitch. Dickerson, I hope YOU and

USAO-019303

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

Mead die a slow and painful death. I hope your family witness it. Mead, I have a message for your Molon Labe". Below this comment is a picture of Clark County DDA M. Dickerson in a court setting, which appears to have been copied from what is believed to be a news article in the Las Vegas Review Journal newspaper. It should be noted that "Molon Labe" is a classical Greek phrase meaning "come and take it (them)", attributed to King Leonidas of Sparta as a defiant response to the demand that his soldiers lay down their weapons. Gun-rights advocates have adopted the phrase as a challenge to perceived attempts by the government to confiscate firearms. Based on your affiant's training and experience in domestic extremists investigations, your affiant believes it is reasonable to believe that the use of this sort of language would be construed as a challenge from Martinez to Det. Mead, in order to force a confrontation wherein Det. Mead (or other officers) attempt to seize Martinez's weapons.

On 02/17/2021, approximately 3 hours later (exact time unknown due to the nature of Facebook time stamps on posted items), Martinez posts a link on his Facebook account to an article from the Free Thought Project (referenced earlier in the affidavit). The comment above the article states "My kids are still hurting over this. Thanks to Police the Police and Free Thought Project for sharing my story. Love you all. It should be reiterated that this article features an interview with Martinez during which he essentially blames Det. Mead for targeting him for arrest and his subsequent time spent in custody because he is a Constitutional activist.

USAO-019304



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3)) On 02/18/2021, approximately 1 hour after the previous post, Martinez posted another

photograph stating "I cant wait to see the news and hear that Detective Kenneth Mead is

in that casket." Below this comment is an unknown picture of 9 police officers carrying a

flag draped coffin. It should be noted that this how funerals for police officers are generally

conducted.

On 02/18/2021, your declarant conducted an open source search of an Instagram

account, purported to belong to Joshua Martinez

(Instagram.com/battlebornmedia/?hl+en). The title of the Instagram page is

"Battlebornmedia". The heading on this page states "Joshua Martinez; Las Vegas Activist"

and has a link to the Youtube page operated by Joshua Martinez to showcase his

"Auditing" activities (https://www.youtube.com/channel/UCzP9I6r-yFPowEaNHndFglg). A

photo on this Instagam page is a picture of Joshua Martinez holding what appears to be

an AK-47 rifle. This Instagram page has privacy settings which are set to public viewing,

meaning that this information is open source and no surreptitious investigative techniques

are necessary in order to view the contents of this page. A picture posted at an unknown

time on 02/18/2021 has the caption "How police officers take out their trash". Below this

caption is the same picture of a flagged draped coffin carried by police officers that was

posted on his Facebook account on 02/18/2021. At the bottom of the picture is a comment

that states "battlebornmedia Rip Mead" (Exhibit 6).

USAO-019305

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

Your declarant conducted an interview with DDA Michael Dickerson on 02/18/2021.

DDA Dickerson stated the following; on 02/17/2021 has was made aware of the Facebook post made by Joshua Martinez, in which Martinez states "This is Michael Dickerson. He is Detective Kenneth Meads Bitch. Dickerson, I hope YOU and Mead die a slow and painful death. I hope your family witness it. Mead, I have a message for you= Molon Labe". DDA Dickerson stated that this posts, as well as the previously mentioned posts regarding Det. Mead's death, placed him in fear for his life as well as the lives and safety of his family members and Det. Mead. DDA Dickerson states that he immediately took steps to secure his person and his home and is continuing to take steps to protect his family from harm. As of the writing of this affidavit DDA Dickerson is in the process of applying for a Temporary Protective order against Joshua Martinez (DOB 04/27/1988).

DDA Dickerson further related that he came to know Joshua Martinez while prosecuting him for a CCW charge in 2017. DDA Dickerson stated that during the time he was prosecuting Martinez, he became familiar with his violent past (referring to his previous criminal arrests detailed earlier in this affidavit), as well as his social media presence. While prosecuting the Martinez CCW case (Clark County District Court case C-17-32661-1), DDA Dickerson presented the court with numerous threatening Facebook posts Martinez had made glorifying the killing of police officers. DDA Dickerson stated that since the 2017 prosecution, he has observed numerous social media posts by Martinez wherein

USAO-019306

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

Martinez expresses his grievance against DDA Dickerson. DDA Dickerson stated that due

to his successful prosecution of Martinez, Martinez was convicted of a felony offense and

has since become a prohibited person with regards to the right to possess a firearm. DDA

Dickerson further related that the previously referenced "Molon Labe" comment leads him

to believe that Martinez is in the possession of a firearm, which causes him fear for his,

and his family's safety.


On 02/18/2021, your declarant also conducted an interview with LVMPD Detective

Kenneth Mead. Det. Mead stated that he was involved in a February 2017 interaction with

Joshua Martinez at the Lloyd D George federal courthouse for offenses committed on the

property. During this interaction, Det. Mead conducted an interview with Martinez and then

released him to LVMPD patrol officers. Det. Mead also stated that he attended the

sentencing hearing for Martinez and presented to the prosecuting DA, Deputy DA Michael

Dickerson, social media posts that Martinez had made since his June 2017 arrest until

sentencing.   The posts, which were presented in the sentencing hearing and before

Judge Douglas Smith, included several memes and posts on the Facebook page of

Martinez, of a police funeral and implying cops should die, advocating force and violence

towards law enforcement, and further YouTube video advocating violence against law

enforcement and government officials.   During open court on 02/27/2019, Martinez was

questioned about the posts and readily admitted to the court that he felt people could shoot

and kill law enforcement based on unlawful police action. Martinez agreed, to Judge

Page 19

USAO-019307

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #:  210200075535

Douglas Smith, that he believed that premise.

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

Det. Mead further stated that Since 2017, Martinez has engaged in a course of conduct which would make a reasonable person feel harassed based on his repeated and continual online posting regarding Det. Mead and his position with the Las Vegas Metropolitan Police Department. The online activity and social media posting activity and rhetoric have been escalating for the past several months. Det. Mead stated he is aware that on January 6, 2021, on the same day as the Capitol insurrection which occurred in Washington DC, Martinez posted a threat against Det. Kenneth Mead on his open-source Facebook page and this threat states "this is detective Kenneth Mead with the Metropolitan Police Department. He is an enemy of the constitution and has tried to make my life a living hell but has failed. To any activist here in Las Vegas please keep an eye out for him. I also have his resume just in case you want more Intel on him. Contact me for more information." Martinez further posted a picture of Det. Mead to the Internet which was taken during a training conference Det. Mead was giving on sovereign citizen extremism.  Det. Mead stated that Martinez regularly posts on Martinez's Facebook and YouTube accounts photos of Det. Mead, videos, and content describing him as unconstitutional and encouraging people to contact Martinez so he can disseminate Det. Mead's personal information.

Det. Mead stated he has been subject to unwarranted online harassment and threats

USAO-019308

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210200075535

to his person and family by Martinez. This has escalated in Martinez attempting to reach out directly to Det. Mead via his employer. Martinez has engaged in slanderous speech, posting to his numerous social media followers Det. Mead's name, photograph, and the fact that he is unconstitutional, thereby defaming his character and his reputation in law enforcement. Det. Mead states that all of the allegations by Martinez are without merit. Det. Mead states that he does fear for his safety and has taken additional safety precautions at his residence, with his family, with his employer, and with his neighbors because of the harassment/threats by Martinez. As of the writing of this affidavit Det. Mead is in the process of applying for a Temporary Protective Order against Joshua Martinez (DOB 04/27/1988)

During your declarant's interview with Det. Mead reference the continual instances of harassment by Martinez, Det. Mead stated that he has had no contact with Martinez since his trial for carrying a concealed weapon ended in 2019, nor has he conducted any further investigations into Martinez.

Your declarant noted that as of 02/18/2021, Joshua Martinez has 784 friends on his Facebook account (https://www.facebook.com/profile.php?id=100055990480014), and is followed by an additional 91 individuals. Many of these individuals harbor known anti-government/anti-law enforcement sentiments and have participated in armed resistance against government authorities. Many others are "1st Amendment auditors" who routinely

Page 21

USAO-019309

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL/NRS 1.190(3)

target law enforcement and government personnel and facilities for harassment. Based on this information, it appears clear that Martinez has the appropriate "target audience" on Facebook with which to continue his targeted harassment of Det. Mead by passing "intel" regarding him to like-minded individuals.

Based on the information provided in the social media postings from Joshua Martinez on his Facebook account and other forms of electronic communications to include YouTube, Instagram, and other websites, it appears clear that Joshua Martinez was attempting to use his electronic influence to intimidate Det. Mead during his CCW prosecution, in order to discourage his further participation. Further, your declarant believes that Martinez's continued electronic harassment of Det. Mead is clearly intended to discourage Det. Mead from conducting any further investigations into Martinez's continual anti-government/anti-law enforcement activities which includes conspiring with other like-minded individuals to continue with the targeted harassment. As well, your declarant believes that it is clear that Martinez has continued a prolonged course of action targeting Det. Mead and DDA Dickerson which would, without lawful authority, willfully or maliciously engage in a course of conduct directed towards the victims that would cause a reasonable person under similar circumstances to feel terrorized, frightened, intimidated, harassed or fearful for their immediate safety or the immediate safety of a family or household member, through the use of the internet. Furthermore, Martinez's statements have been construed as threats towards DDA Dickerson and Det. Mead and has, by words

USAO-019310

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

of conduct, placed DDA Dickerson and Det. Mead in reasonable fear that the threat will be carried out.

Due to the fact prohibited persons cannot legally purchase or sell firearms, firearms such as the above listed sought after items become extremely valuable possessions to prohibited persons. Prohibited persons tend to keep these coveted firearms for long periods of time. Prohibited persons also tend to collect accessories for the firearms.   Items such as holsters, cleaning kits, extra magazines, ammunition, and firearm parts are often found in the prohibited person's residence or vehicle.

Joshua Martinez is a convicted felon with a registered address of ████ ████████ Las Vegas, Nevada. The residence located at ████ ████████ is owned by Felix Martinez, the father of Joshua Martinez. Martinez has posted numerous videos and pictures on his Facebook account which purport to be from within the curtilage of the ████ ████████ residence. Based on this information, investigators believe that Martinez primarily resides at this location.

Felix Martinez is also the owner of an unimproved lot located at ████2 █. ████ ████████, ████████, ████ a ██████. Detectives have physically observed Joshua Martinez to be located at this property on numerous occasions, to include as recently as 02/15/2021. Detectives have also seen several Facebook postings by Joshua Martinez, in which he

USAO-019311

2/18/2021
Case 2:21-cr-00219-APG-DJA   Document 36-3   Filed 08/18/22   Page 25 of 31

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
### (Continuation)

Event #:  210200075535

states that he utilizes the property located in Moapa. Investigators have witnessed Joshua Martinez to enter the Salmon colored, partially destroyed building, the grey construction trailer, and the green and white tent camper located on this property.

Based on the preceding probable cause, on 02/18/2021 your affiant submitted a Declaration of Warrant/ Summons for the issuance of an arrest warrant for Joshua Martinez (DOB ███████). On 02/18/2021 a warrant for arrest was approved by the Clark County District Court for the criminal charges of Aggravated Stalking 200.571, Stalking with use of Internet NRS 200.575 4, and Harassment NRS 200.571 1b wherein Det. Kenneth Mead is the victim, as well as committing a second criminal offense of Harassment NRS 200.571 1b, wherein DDA Michael Dickerson is the victim.

Your Affiant requests a nighttime service clause for the following reasons: the premise to be searched is in a residential neighborhood heavily populated with families to include small children. There would be less risk to execute the warrant during nighttime hours as most citizens would be indoors. Also, due to the fact that this is an active and ongoing investigation, wherein the suspect is currently not in custody. Lastly, as the suspect's family appears to at least passively support the suspect's actions, there is the realistic threat that evidence could be destroyed should the service of the warrant be delayed until

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

Page 24

USAO-019312



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

daylight hours.
CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

It is further requested that this Affidavit be sealed by the order of this court for the following reasons: this crime is part of an ongoing investigation which could be compromised should specific details be released. This affidavit contains names and identifiers of the victim and investigative lead information. Furthermore, as the suspect has already threatened a detective and prosecutor from a previous case, investigators do not wish to reveal any information which the suspect could use to target further victims for retaliation.

USAO-019313

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #:  210200075535

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

WHEREFORE, affiant requests that a Search Warrant be issued directing a search for and seizure of the aforementioned items at the location set forth herein anytime day

or night

A. Packe, AFFIANT

Subscribed and sworn to before me this _____18th_____ day of _____February_____ , _____2021_____

Dated this 18th day of February, 2021

**JUDGE**
22A 297 2B71 0704
Timothy C. Williams
District Court Judge

DDA Jessica Walsh

**Approved by:**

USAO-019314



# SEARCH WARRANT

CERTIFIED COPY
ELECTRONIC SEAL (NRCP 5.05(8))

STATE OF NEVADA  )
) ss:
COUNTY OF CLARK  )

Joshua Martinez
ID#: 2601698
DOB: ███████B    SS#: ███████7

The State of Nevada, to any Peace Officer in the County of Clark. Proof by Affidavit having been made before me by A. Packe, P# 7417, said Affidavit attached hereto and incorporated herein by reference, that there is probable cause to believe that certain property, namely

**1. Firearms, ammunition, holsters, firearms cases, gun cleaning equipment, receipts for firearms, ammunition or equipment purchases indicating purchase, possession, or acquisition of firearms and/or ammunition,**

**2. Digital or physical items indicating planning, ideology, and/or preoperational surveillance to include maps, drawings, concert tickets, hotel room reservations and receipts, notes, pictures (digital or physical), cameras, video recorder, or digital media, flash drives, an computers, hard drives, laptops, cellular telephones, and tablets which may contain such items,**

**3. Any persons located in the premises at the time of service,**

**4. Any and all vehicles located at the residence/ properties at the time of service to include those in the curtilage and/or driveway of the residence/ properties,**

and limited items of personal property which would tend to establish a possessory interest in the items seized pursuant to this search warrant, such a papers, documents

USAO-019315

# SEARCH WARRANT
## (Continuation)

### Page 2

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

and effects which tend to show possession, dominion and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and gas receipts. Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed or stored on computer disc. Objects which bear a person's name, phone number or address, are presently located at **1)** ███ ██████ █ █████, **Las Vegas, Clark County, Nevada. This residence is located on the northeast corner of the intersection of** ██████ **Avenue and** ██████ **Street, Las Vegas, Nevada. This residence is further described as a single-story, single-family home, having a primarily light grey color stucco exterior with blue trim on the windows and awnings. The residence has a shingle roof, and a two car garage, with a white door, that faces south. The numbers "**4██0**" are in black numbering on the blue awning/trim facing west.  The front door faces to the west and appears to be a storm door with white trim. The front door has a grey "X" that appears to be duct tape or similar. (2)** ██2 ████ █████ ████████, ██████, █████a █████**. Also described as located at 36 degrees 41 minutes 3.7 seconds North by 114 degrees 39 minutes 33.98 seconds West. This address is further described as a 5.98 acre unimproved lot containing a salmon colored building with a partially destroyed roof, a grey in color construction trailer, and a green and white tent camper along with numerous vehicles which appear to be disabled (see exhibit 1), (3) the persons located at the**

**SEARCH WARRANT**
**(Continuation)**

**Page 3**

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

premises at the time of the execution of this search warrant, (4) vehicles located on the curtilage of the properties at the time of the service of this warrant and (5) sheds and out buildings located on the curtilage of the properties. Exhibit 1.

And as I am satisfied that there is probable cause to believe that said property is located as set forth above and that based upon the affidavit attached hereto there are sufficient grounds for the issuance of the Search Warrant.

You are hereby commanded to search forthwith said premises for said property, serving this warrant anytime day or night, and if the property is there to seize it, prepare a written inventory of the property seized, and make a return for me within ten days.

Dated this    __18th__    day of    __February__    ,   __2021__

Dated this 18th day of February, 2021

**JUDGE**
C8A 1D5 E1B6 6520
Timothy C. Williams
District Court Judge

UNITED STATES OF AMERICA
DISTRICT COURT
OF THE
EIGHTH
JUDICIAL
COUNTY OF CLARK
STATE OF NEVADA

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

IN RE: SEARCH WARRANT for                    )
                                             )
                                             )          ORDER SEALING
4420 Faberge Avenue                          )          AFFIDAVIT
Las Vegas, Nevada 89115                      )
                                             )
_____      )

Upon the ex parte application of A. Packe, a commissioned officer with the Las Vegas Metropolitan Police Department and Affiant, to seal the Affidavit in support of the attached Search Warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Affidavit in support of the attached Search Warrant be ordered sealed pending further order of this Court except that copies may be provided to the office of the Clark County District Attorney and the District Attorney may provide copies to a Defendant in a criminal proceeding as part of the criminal discovery process, and

IT IS FURTHER ORDERED a copy of this order sealing the Affidavit be left at the premises along with the Search Warrant in lieu of the Affidavit in support of the Warrant.

DATED this ___18th___ day of _____February_____ , __2021__ .

Dated this 18th day of February, 2021

_____

JUDGE

669 364 EF10 F14E
Timothy C. Williams
District Court Judge

_____

AFFIANT