# EXHIBIT "3"

EXHIBIT "3"

SW-21-01248

Electronically Filed
3-17-2021   3:30 PM

CLERK OF THE COURT

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION FOR TELEPHONIC SEARCH WARRANT**

EVENT # LLV210200075535

---

**The following is the transcription of the recorded Application for Search Warrant between affiant, Detective Ameel Jacob, P#14921 (AJ), and Judge. Timothy C. Williams (JW).**

AJ: Alright, Judge Williams for the record, this line is being recorded. Do I have your permission to continue?

JW: Ah yes you do. I'm goanna go ahead and swear you in. Um, do you sound firm under the pains and penalties of perjury, are the facts contained in this Application are true and accurate?

AJ: I do.

Judge Williams this is Detective. Ameel Jacob of the Las Vegas Metropolitan Police Department, and I am making an application for a telephonic search warrant pursuant to Nevada Revised Statue 179.045. I am talking to Judge Williams, and the date is 19TH February, 2020, and the time of the, a 2021, I'm sorry, and the time of the call is 2000 hours.

Judge Williams, I, Detective Jacob, have been employed for 6 ½ years with the Las Vegas Metropolitan Police Department, I'm currently assigned to the Counter Terrorism Section for approximately 2 ½ years.

I'm presently investigating the crimes of:
a. Stalking
b. Aggravated Stalking
c. Harassment / 2 counts
d. Fight or challenge to a fight involving the use of a deadly weapon
e. Prohibited person in a possession of a firearm

These crime occurred at approxim – at ah on February 17th, 2021, in Clark County Nevada. There is probable cause to believe that certain property hereinafter described will be found at the following described premise:

1. 1994 Ford – F150, black and white in color bearing Texas Plate KNH0936, with VIN number 2FTE15N25CA44141, which is presently located at the corner of Faberge Avenue and Gauche Street, facing northbound near 4420 Fabrage Ave., Las Vegas, Nevada

Page 1

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION FOR TELEPHONIC SEARCH WARRANT

EVENT # LLV210200075535

2. 2001 Ford Expedition, white in color bearing Nevada Plate ▮▮▮, with VIN number ▮▮▮▮▮▮▮▮▮▮▮▮02, which is presently located at the corner of ▮▮▮▮▮, near ▮▮▮▮ ▮▮▮▮▮ Ave., Las Vegas, Nevada.
3. 2020 Nissan – Versa, white in color bearing Nevada Plate ▮▮▮, with VIN number ▮▮▮▮▮▮▮▮▮▮▮▮96, which is presently located at the corner of Faberge, near 4420 Fabrage Ave.
4. 2003 Ford – Expedition, white in color bearing Nevada Veteran Airforce Plate ▮▮▮, with VIN number ▮▮▮▮▮▮▮▮▮▮▮▮17, which is presently located on eastbound Lamb, just south of ▮▮▮▮▮.

The property refer to and sought to be seized consist of the following:
1. Any and all firearms
2. All firearms related accessories to include, but not limited to holster, cleaning kits, gun parts, magazine and ammunition.
3. Receipts for ammunition, firearms and firearms related accessories.
4. Mobile telephones, and or digital devices which may be search via additional search warrant at a later date. It is Your Affiant's experience that often time perpetrators use mobile telephone in their conspiracy to commit their crime.
5. Limited items of personal property which would tend to establish possessory interest in the items seized pursuant to this Search Warrant to include, but not limited to; personal identification, photographs, utility company receipts and addressed envelopes.

The items sought to be seized constitute evidence which would tend to demonstrate that criminal offense(s):
a. Stalking
b. Aggravate stalking
c. Harassment / 2 counts
d. Challenge to a fight with a deadly weapons
e. Prohibited person in the possession of a firearm
Have been committed.

In support of – in support to continue the existence of Probable Cause, the following facts are offered:

On February 18th, 2021, Sgt. A. Packe, P#7417, of the Las Vegas Metropolitan Police Department, applied for an arrest warrant for Joshua Martinez, date of birth, ▮▮▮▮▮▮▮▮▮▮, he also applied for a Search Warrant to search the premises where Martinez is or is – was staying. The arrest warrant and the search warrant were granted by Honorable Judge Timothy C. Williams, on February 18th, 2021.

Judge do you recall reviewing and signing that search warrant yesterday?

Page 2

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION FOR TELEPHONIC SEARCH WARRANT

EVENT # LLV210200075535

JW: Yes, I – I – I for the record, I signed the Search Warrant, we did that. The Arrest Warrant was done by another Judge.

JA: Okay Judge. We are incorporating the affidavit in support of that search warrant by reference as – as though is fully contained herein.

Prior to the execution of the search warrant, surveillance was established at Martinez residence, ███████████, Las Vegas, Nevada 89115. Surveillance has observed Martinez in the above mentioned house. While surveillance was ongoing and Martinez was still in the house officer observed several other individuals entering leaving the residence and entering and leaving multiple cars parked along the side of the property. It appear that individuals were moving properties between the home and several cars. Specifically – Specifically the cars mentioned above. Which I'll mention them again.
1. 1994 Ford – F150, black and white in color, bearing Texas plate ███████ 6
2. 2001 Ford – Expedition, white in color, bearing Nevada plate ████ 1
3. 2020 Nissan –Versa, white in color, bearing Nevada plate ██████ 0
4. 2003 Ford – Expedition, white in color, bearing Nevada plate Veteran Airforce Plate ████ 1

Officer conducting surveillance specifically and noted that ah an individual who was not Martinez moving a gun case from inside the residence into the white Nissan Versa, mentioned above.

Surveillance observed Martinez leaving the residence, with his father in the 2003 white Ford Expedition, bearing Nevada plate Airforce Veteran █████. Shortly thereafter; Martinez was taken into custody and at the same time the residence was frozen pursuant to the obtained Search Warrant, along with all the occupants of the residence. When officers arrested Martinez, he was an occupant in the vehicle along with his father, who was later identified as Martinez, Felix, date of birth ████, ██, ████. Felix told officer that there was a firearm currently inside the vehicle.

At approximately 1830 hours, Your Affiant observed Lawrence, Estrada, Lawrence is the last name, Estrada is the first name, date of birth ██████████, standing next to a white Versa – Nissan, bearing Nevada plate ████████, by the mentioned residence. Your Affiant spoke with Lawrence who voluntarily told Your Affiant tah the was Martinez stepbrother and that he was living in the residence for approximately 4 years. Lawrence further said that he owns firearms and that today he moved one of his guns from inside the residence to the vehicle. It should be noted that surveillance had been established at the residence throughout the day

Page 3

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION FOR TELEPHONIC SEARCH WARRANT

EVENT # LLV210200075535

and that Martinez remain in the residence all day exe – except for the brief period of time in which he was apprehended.

Based on Your Affiant training and experience it is common for individuals living with prohibited persons to move contraband including firearms between homes and cars to evate detection by law enforcement. Joshua Martinez is a convicted felon in Nevada, with a Case No.:C-17-326611-1, for attempting to CCW. And as a result, Martinez is not allowed to be in possession of any firearms. As a result to Your Affiant reasonably believe that he other individual who observed moving properties between the residence and the above listed vehicles may have moved additional firearms or contraband from the residence into these vehicles.

It is further request that Your Affiant, request that this affidavit be sealed by the order of the court for the following reasons: This crime is part of ongoing investigation which could be compromised should specific details be released. This affidavit contained name and idef – identifier of the victim and investigative lead information. Furthermore; as the suspect has already threatening a detective and a prosecutor from previous case, investigators do not wish any information which the suspect could use to target further victims for retaliation.

You Affiant also request a Night service clause for the following reasons:
One of the suspects in the crime has been arrested and is currently in police custody. If other persons associated with the suspect premises learn of this arrest, the items sought to be seized could be easily removed and destroyed from within the suspect premises.

Judge. Williams, this ends the probable cause details. Do you want me to read the Duplicate Original Search Warrant?

JW:   Ah, no sir.

JA:   Judge. Williams, this ends the Search Warrant portion?

Judge. Williams, do you find probable cause exist on the issuance of this Search Warrant?

JW:   Ah, yes id do sir.

JA:   Judge. Williams, do you authorize this Affidavit to be sealed pending further order of this Honorable Court?

JW:   Yes.

Page **4**

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## APPLICATION FOR TELEPHONIC SEARCH WARRANT

EVENT # LLV210200075535

JA: Judge. Williams, do you authorize a nighttime search clause?

JW: Ah yes I do sir.

JA: Judge Williams, do I have your permission to affix your name to the Duplicate Original Search Warrant?

JW: Yes sir.

JA: This application and the signing of the Search Warrant was witnessed by Detective. Jon Kikkert, P#574, dated February 19, 2021, with a time of 2013 minutes.

Judge, this ends our conversation. Thank you so much for your time.

JW: Your welcome, sure.

---

This transcription has been typed by Blanca Murguia, P# 8961, on 2/23/2021, at 1330 hours and is true and accurate.

Blanca Murguia, P# 8961

I, Detective. Ameel Jacob, P# 14921, having reviewed this transcription, affirm that it is true and correct.

Detective. Ameel Jacob, P# 14921

Certification:

Having read the transcription of the recorded application for the Telephonic Search Warrant issued by this court on 2/19/2021, under Event # LLV210200075535, with Detective. Ameel Jacob, P#14921 as affiant, and having reviewed the application, it appears that the transcription is accurate.

Judge. Timothy C. Williams

Page **5**

SW-21-01248

LVMPD Event # LLV210300075535

Electronically Filed
3-17-2021 3:30 PM

*[signature]*
CLERK OF THE COURT

## DUPLICATE ORIGINAL SEARCH WARRANT
### NRS 179.045

STATE OF NEVADA } ss. 2020 NISSAN VERSA/ ▮▮ NV
} VIN ▮N1▮▮▮P8▮▮▮▮▮

The State of Nevada, to any Peace Officer in the County of Clark. Proof having been made before me by Detective/Officer __A. JACOB__, P# __14921__ by oral statements given under oath, that there is probable cause to believe that certain evidence, to wit:

(1) ANY AND ALL FIREARMS

(2) ALL FIREARMS RELATED ACCESSORIES TO INCLUDE BUT NOT LIMITED TO HOLSTERS, CLEANING KITS, GUN PARTS, MAGAZINES + AMMO

(3) RECEIPTS FOR AMMO, FIREARMS AND FIREARM RELATED ACCESSORIES

(4) MOBILE TELEPHONES AND DIGITAL DEVICES

( ) _____

(5) Limited items of personal property which would tend to establish a possessory interest in the items sought to be seized pursuant to this search warrant to include but not limited to: personal identification, photographs, utility company receipts, addressed envelopes, rent receipts, etc.

which are presently located at: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Las Vegas, Clark County, Nevada, __89115__ (zip code) and as I am satisfied that there is probable cause to believe that said evidence is located as set forth above and based upon the statements of Detective/Officer __A. JACOB__ there are sufficient grounds for the issuance of the Search Warrant.

You are hereby commanded to search and examine said premise *and/or* vehicle for said property and trace evidence, serving this warrant **(at any hour day or night)** / ~~(between 7 am and 7 pm)~~ and if the property is there, to seize it and leave a written inventory and make a return before me within 10 days. The attached recorded oral statement upon which this warrant is based is hereby incorporated by this reference as though fully set forth herein.

Dated this __19__ day of __FEBRUARY__, 20__21__, at __2013__ hours.
(Print Judge's name) __JUDGE TIMOTHY WILLIAMS__
Signed by Detective/Officer __[signature]__, P# __14921__, acting upon oral authorization of,
Judge __JUDGE TIMOTHY WILLIAMS__
Witnessed by __J. KIKKERT__ P# __5741__

ENDORSED this __17__ day of __March__, 20__21__

__[signature] Timothy C. Williams__
**Judge**

LVMPD 559 (Rev. 2-17)

USAO-019330

SW-21-01248

Electronically Filed
3-17-2021   3:30 PM

*[signature]*
CLERK OF THE COURT

IN RE: SEARCH WARRANT for )
)
2020 Nissan Versa / ▮▮▮▮▮▮▮ )
VIN number ▮▮▮▮▮▮▮▮▮▮▮6 )       ORDER SEALING
▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, NV 89115 )       AFFIDAVIT
)
)
_____ )

Upon the ex parte application of Det. A. Jacob P#14921, a commissioned officer with the Las Vegas Metropolitan Police Department and Affiant, to seal the affidavit in support of the attached search warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the affidavit in support of the attached search warrant be ordered sealed pending further order of this Court except that copies may be provided to the office of the Clark County District Attorney and the District Attorney may provide copies to a Defendant in a criminal proceeding as part of the criminal discovery process, and

IT IS FURTHER ORDERED a copy of this order sealing the affidavit be left at the premises along with the search warrant in lieu of the affidavit in support of the warrant.

DATED this ___19th___ day of ___February___, __2021__.

Judge Timothy Williams
_____
JUDGE   Dated this 17th day of March, 2021

*[signature]*

Det. A. Jacob P#14921
_____
AFFIANT

CDA 8D7 2CDD D1D3
Timothy C. Williams
District Court Judge

LVMPD 360 (Rev. 1/08) • AUTOMATED WORD 2010

USAO-019331

SW-21-01248

Electronically Filed
3-17-2021   3:30 PM

CLERK OF THE COURT

## RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

2020 NISSAN VERSA WHITE
NEVADA PLATE [redacted]
VIN [redacted]

was executed on 02/19/2021
(month, day, year)

A copy of this inventory was left with _____
AT PLACE OF SEARCH
(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

- AK 47 RAS47026873 century arms ak
- ~~Black~~ Case
- 11 AK MAGS LOADED

This inventory was made by: [signature]
J. Kikke [signature]
(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

LVMPD 718 (REV. 5-04)

USAO-019332

SW-21-01248   LVMPD Event # LLV210200075335

**DUPLICATE ORIGINAL SEARCH WARRANT**
**NRS 179.045**

Electronically Filed
3-17-2021   3:30 PM

*[signature]*
CLERK OF THE COURT

STATE OF NEVADA } ss. 1994 FORD F150 [redacted]
} VIN [redacted]

The State of Nevada, to any Peace Officer in the County of Clark. Proof having been made before me by Detective/Officer __A. JACOB__, P# __14921__ by oral statements given under oath, that there is probable cause to believe that certain evidence, to wit:

(1) ANY AND ALL FIREARMS

(2) ALL FIREARMS RELATED ACCESSORIES TO INCLUDE BUT NOT LIMITED TO HOLSTERS, CLEANING KITS, GUN PARTS, MAGAZINES + AMMO

(3) RECEIPTS FOR AMMO, FIREARMS AND FIREARM RELATED ACCESSORIES

(4) MOBILE TELEPHONES AND DIGITAL DEVICES

( ) _____

(5) Limited items of personal property which would tend to establish a possessory interest in the items sought to be seized pursuant to this search warrant to include but not limited to: personal identification, photographs, utility company receipts, addressed envelopes, rent receipts, etc.

which are presently located at: __[redacted]__ Las Vegas, Clark County, Nevada, __89115__ (zip code) and as I am satisfied that there is probable cause to believe that said evidence is located as set forth above and based upon the statements of Detective/Officer __A. JACOB__ there are sufficient grounds for the issuance of the Search Warrant.

You are hereby commanded to search and examine said premise **and/or** vehicle for said property and trace evidence, serving this warrant **(at any hour day or night)** / ~~(between 7 am and 7 pm)~~ and if the property is there, to seize it and leave a written inventory and make a return before me within 10 days. The attached recorded oral statement upon which this warrant is based is hereby incorporated by this reference as though fully set forth herein.

Dated this __19__ day of __FEBRUARY__, 20__21__, at __2013__ hours.
(Print Judge's name) __JUDGE TIMOTHY WILLIAMS__
Signed by Detective/Officer __[signature]__, P# __14921__, acting upon oral authorization of,
Judge __JUDGE TIMOTHY WILLIAMS__.
Witnessed by __J. KIKKERT__  P# __5741__
ENDORSED this __17__ day of __March__, 20__21__

*[signature]* Timothy C. Williams
**Judge**

LVMPD 559 (Rev. 2-17)

USAO-019333

SW-21-01248

Electronically Filed
3-17-2021   3:30 PM

CLERK OF THE COURT

IN RE: SEARCH WARRANT for )
)
1994 Ford F150/ bearing ▓▓▓▓▓ )
VIN ▓▓▓▓▓▓▓▓▓▓▓ 41 )           **ORDER SEALING**
4420 Faberge Ave, Las Vegas, NV 89115 )   **AFFIDAVIT**
)
)
_____ )

Upon the ex parte application of Det. A. Jacob P#14921, a commissioned officer with the Las Vegas Metropolitan Police Department and Affiant, to seal the affidavit in support of the attached search warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the affidavit in support of the attached search warrant be ordered sealed pending further order of this Court except that copies may be provided to the office of the Clark County District Attorney and the District Attorney may provide copies to a Defendant in a criminal proceeding as part of the criminal discovery process, and

IT IS FURTHER ORDERED a copy of this order sealing the affidavit be left at the premises along with the search warrant in lieu of the affidavit in support of the warrant.

DATED this __19th__ day of _____February_____, __2021__.

Judge Timothy Williams
JUDGE

Dated this 17th day of March, 2021

93A AE6 5420 A04D
Timothy C. Williams
District Court Judge

Det. A. Jacob P#14921
AFFIANT

LVMPD 360 (Rev. 1/08) • AUTOMATED WORD 2010

USAO-019334

SW-21-01248

Electronically Filed
3-17-2021  3:30 PM

CLERK OF THE COURT

## RETURN

(Must be made within 10 days of issuance of Warrant)

**The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):**

TEXAS PLATE ▬▬▬   VIN - ▬▬▬▬▬▬▬▬▬▬
1994 FORD F150 BLACK

was executed on __02/19/2021__
(month, day, year)

A copy of this inventory was left with __AT THE PLACE OF SEARCH__
(name of person or "at the place of search")

**The following is an inventory of property taken pursuant to the warrant:**

NOTHING TAKEN

This inventory was made by: _____#5741_____
A. JACOB #14921
(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

LVMPD 718 (REV. 5-04)

USAO-019335

SW-21-01248     LVMPD Event # LLV210200 07535

**DUPLICATE ORIGINAL SEARCH WARRANT**
**NRS 179.045**

Electronically Filed
3-17-2021   3:30 PM

CLERK OF THE COURT

STATE OF NEVADA  } ss. 2001 FORD EXPEDITION / [redacted]
                 }     VIN [redacted]

The State of Nevada, to any Peace Officer in the County of Clark. Proof having been made before me by Detective/Officer __A. JACOB__, P# __14921__ by oral statements given under oath, that there is probable cause to believe that certain evidence, to wit:

(1) __ANY AND ALL FIREARMS__

(2) __ALL FIREARMS RELATED ACCESSORIES TO INCLUDE BUT NOT LIMITED TO HOLSTERS, CLEANING KITS, GUN PARTS, MAGAZINES + AMMO__

(3) __RECEIPTS FOR AMMO, FIREARMS AND FIREARM RELATED ACCESSORIES__

(4) __MOBILE TELEPHONES AND DIGITAL DEVICES__

(  ) _____

(5) Limited items of personal property which would tend to establish a possessory interest in the items sought to be seized pursuant to this search warrant to include but not limited to: personal identification, photographs, utility company receipts, addressed envelopes, rent receipts, etc.

which are presently located at: __[redacted]__ Las Vegas, Clark County, Nevada, __89115__ (zip code) and as I am satisfied that there is probable cause to believe that said evidence is located as set forth above and based upon the statements of Detective/Officer __A. JACOB__ there are sufficient grounds for the issuance of the Search Warrant.

You are hereby commanded to search and examine said premise **and/or** vehicle for said property and trace evidence, serving this warrant **(at any hour day or night)** / (between 7 am and 7 pm) and if the property is there, to seize it and leave a written inventory and make a return before me within 10 days. The attached recorded oral statement upon which this warrant is based is hereby incorporated by this reference as though fully set forth herein.

Dated this __19__ day of __FEBRUARY__, 20__21__, at __2013__ hours.

(Print Judge's name) __JUDGE TIMOTHY WILLIAMS__

Signed by Detective/Officer __[signature]__, P# __14921__, acting upon oral authorization of,

Judge __JUDGE TIMOTHY WILLIAMS__

Witnessed by __J. KIKKERT__   P# __5741__

ENDORSED this __17__ day of __March__, 20__21__

__[signature] Timothy C. Williams__
**Judge**

LVMPD 559 (Rev 2-17)

USAO-019336

**IN RE: SEARCH WARRANT for**

2001 Ford Expedition/ ▓▓▓
VIN number ▓▓▓▓▓▓▓▓▓02
▓▓▓ ▓▓▓▓ Ave, Las Vegas, NV 89115

)
)
)
)
)
)
)
)

**ORDER SEALING AFFIDAVIT**

**FYI**

*"PRINT"*

Upon the ex parte application of Det. A. Jacob P#14921, a commissioned officer with the Las Vegas Metropolitan Police Department and Affiant, to seal the affidavit in support of the attached search warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the affidavit in support of the attached search warrant be ordered sealed pending further order of this Court except that copies may be provided to the office of the Clark County District Attorney and the District Attorney may provide copies to a Defendant in a criminal proceeding as part of the criminal discovery process, and

IT IS FURTHER ORDERED a copy of this order sealing the affidavit be left at the premises along with the search warrant in lieu of the affidavit in support of the warrant.

DATED this __19th__ day of __February__, __2021__.

Judge Timothy Williams
JUDGE    Dated this 17th day of March, 2021

189 04B AEDE 3821
Timothy C. Williams
District Court Judge

Det. A. Jacob P#14921
AFFIANT

LVMPD 360 (Rev. 1/08) • AUTOMATED WORD 2010

USAO-019337

LV A10A000 15555
Electronically Filed
3-17-2021   3:30 PM

SW-21-01248

*[signature]*
CLERK OF THE COURT

## RETURN
(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

2001 Ford Expedition Plate [redacted] (NEVADA)
VIN [redacted]

was executed on ___02/19/2021___
(month, day, year)

A copy of this inventory was left with ___AT PLACE OF SEARCH___
(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

Nothing was TAKEN

This inventory was made by: *[signatures]*
(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

LVMPD 718 (REV. 5-04)

USAO-019338

SW-2101248

LVMPD Event # LLV2102000 7535

**DUPLICATE ORIGINAL SEARCH WARRANT**
**NRS 179.045**

Electronically Filed
3-17-2021  3:30 PM

*[signature]*
CLERK OF THE COURT

STATE OF NEVADA  } ss. 2003 FORD EXPEDITION/VETERAN
} VIN ███████████████

The State of Nevada, to any Peace Officer in the County of Clark. Proof having been made before me by Detective/Officer __A. JACOB__, P# __14921__ by oral statements given under oath, that there is probable cause to believe that certain evidence, to wit:

(1) ANY AND ALL FIREARMS

(2) ALL FIREARMS RELATED ACCESSORIES TO INCLUDE BUT NOT LIMITED TO HOLSTERS, CLEANING KITS, GUN PARTS, MAGAZINES + AMMO

(3) RECEIPTS FOR AMMO, FIREARMS AND FIREARM RELATED ACCESSORIES

(4) MOBILE TELEPHONES AND DIGITAL DEVICES

( )

(5) Limited items of personal property which would tend to establish a possessory interest in the items sought to be seized pursuant to this search warrant to include but not limited to: personal identification, photographs, utility company receipts, addressed envelopes, rent receipts, etc.

which are presently located at: ███████████████ ██ Las Vegas, Clark County, Nevada, __89115__ (zip code) and as I am satisfied that there is probable cause to believe that said evidence is located as set forth above and based upon the statements of Detective/Officer __A. JACOB__ there are sufficient grounds for the issuance of the Search Warrant.

You are hereby commanded to search and examine said premise **and/or** vehicle for said property and trace evidence, serving this warrant **(at any hour day or night)** / ~~(between 7 am and 7 pm)~~ and if the property is there, to seize it and leave a written inventory and make a return before me within 10 days. The attached recorded oral statement upon which this warrant is based is hereby incorporated by this reference as though fully set forth herein.

Dated this __19__ day of __FEBRUARY__, 20__21__, at __2013__ hours.

(Print Judge's name) __JUDGE TIMOTHY WILLIAMS__

Signed by Detective/Officer __[signature]__, P# __14921__, acting upon oral authorization of,

Judge __JUDGE TIMOTHY WILLIAMS__.

Witnessed by __J. KIKKERT__ P# __5741__

ENDORSED this __17__ day of __March__, 20__21__

*[signature] Timothy C. Williams*
**Judge**

LVMPD 559 (Rev 2-17)

USAO-019339

Case 2:21-cr-00219-APG-DJA   Document 36-4   Filed 08/18/22   Page 17 of 18

SW-21-01248

Electronically Filed
3-17-2021   3:30 PM

[signature]
CLERK OF THE COURT

**IN RE: SEARCH WARRANT for** )
2003 Ford Expedition )
Veteran Airforce ■■■■ )
VIN number ■■■■■■■■■ 17 )
Located East Bound o■ ■■■■■■■■ )
 )

**ORDER SEALING AFFIDAVIT**

Upon the ex parte application of Det. A. Jacob P#14921, a commissioned officer with the Las Vegas Metropolitan Police Department and Affiant, to seal the affidavit in support of the attached search warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the affidavit in support of the attached search warrant be ordered sealed pending further order of this Court except that copies may be provided to the office of the Clark County District Attorney and the District Attorney may provide copies to a Defendant in a criminal proceeding as part of the criminal discovery process, and

IT IS FURTHER ORDERED a copy of this order sealing the affidavit be left at the premises along with the search warrant in lieu of the affidavit in support of the warrant.

DATED this __19th__ day of __February__, __2021__.

Judge Timothy Williams
JUDGE   Dated this 17th day of March, 2021

[signature]

50A E73 F796 FA8C
Timothy C. Williams
District Court Judge

Det. A. Jacob P#14921
AFFIANT

SW-21-01248

Electronically Filed
3-17-2021   3:30 PM

CLERK OF THE COURT

## RETURN

(Must be made within 10 days of issuance of Warrant)

The Search and Seizure Warrant authorizing a search and seizure at the following described location(s):

2003 Ford Expedition NEVADA VET. PLATE [redacted]

was executed on 02/19/2021 (month, day, year)

A copy of this inventory was left with PLACE OF SEARCH

(name of person or "at the place of search")

The following is an inventory of property taken pursuant to the warrant:

Red iPhone with American Flag cover

3 Shotgun Shells

1 SANDISK THUMB DRIVE

2 SILVER MAGAZINES

This inventory was made by: A. Sh[...] 14921
                           [signature] 5741

(at least two officers including affiant if present. If person from whom property is taken is present include that person.)

LVMPD 718 (REV. 5-04)

USAO-019341