# EXHIBIT "4"

# EXHIBIT "4"

## WARRANT ELECTRONICALLY GENERATED AND ENTERED INTO NCJIS
### *** DO NOT MANUALLY ENTER INTO NCJIS ****

## JUSTICE COURT, LAS VEGAS TOWNSHIP
## CLARK COUNTY, NEVADA

| State Of Nevada<br>VS<br>MARTINEZ, JOSHUA ALEXANDER<br><br>ID# : 2601698 | Case No: | 21-CR-008217 |
|---|---|---|
| | Warrant No: | 21CR008217-2021-1 |
| | Dept No: | 07 |
| | Agency: | LVMPD |

### Arrest Warrant

THE STATE OF NEVADA,

TO:  ANY SHERIFF, CONSTABLE, MARSHALL, POLICEMAN, OR PEACE OFFICER IN THIS STATE:

A COMPLAINT AND AN AFFIDAVIT UPON OATH HAS THIS DAY BEEN LAID BEFORE ME ACCUSING MARTINEZ, JOSHUA ALEXANDER, OF THE CRIME(S);

**BAIL TERMS**

| COUNTS | CHARGE | CASH | SURETY |
|---|---|---|---|
| 001 | Aggravated stalking [50333] [F] | Hold Without Bail | |
| 002 | Stalking with use of Internet or electronic communication [50335] [F] | | |
| 003 | Fight or challenge to fight, involving use of deadly weapon [50178] [F] | | |
| 004 | Harassment, first offense [50328] [M] | | |
| 005 | Harassment, first offense [50328] [M] | | |

YOU ARE, THEREFORE, COMMANDED FORTHWITH TO ARREST THE ABOVE NAMED DEFENDANT AND BRING HIM BEFORE THIS COURT, OR IF THE COURT HAS ADJOURNED, THAT YOU DELIVER HIM INTO THE CUSTODY OF THE SHERIFF OF THE COUNTY OF CLARK.

THIS WARRANT MAY BE SERVED AT ANY HOUR OF THE DAY OR NIGHT

GIVEN UNDER MY HAND THIS 18th DAY OF February 2021

*Harmony Letizia* (signature)

JUSTICE OF THE PEACE IN AND FOR SAID TOWNSHIP
**Harmony Letizia**

### Warrant Conditions
Bail to be Set in Court

**SHERIFF'S RETURN**

CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and record in Justice Court of Las Vegas Township, in and for the County of Clark, State of Nevada
By: _____ Deputy
Date: 8·10·22

I HEREBY CERTIFY THAT I RECEIVED THE ABOVE AND FORGOING WARRANT ON THE __19__ DAY OF __Feb.__, __2021__, AND SERVED THE SAME BY ARRESTING AND BRINGING DEFENDANT, __JOSHUA MARTINEZ__, INTO COURT THIS __19__ DAY OF __Feb__, __2021__.

JOSEPH LOMBARDO, SHERIFF, CLARK COUNTY, NEVADA

BY: __J. Ruiz 15359__, DEPUTY

CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and record in Justice Court of Las Vegas Township, in and for the County of Clark, State of Nevada

By: _____ Deputy
Date: 8-10-22