# Exhibit A

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# OFFICER'S REPORT

"Click to Edit Event# on ALL Pages"       Event #: **LLV210200075535**

"Click to Edit Date/Time of Report"     "PRINT"

Search Warrant
SUBJECT

| | | | |
|---|---|---|---|
| DIVISION REPORTING: | HSD | DIVISION OF OCCURRENCE: | HSD |
| DATE & TIME OCCURRED: | 02/19/2021 1700 | LOCATION OF OCCURRENCE: | 4420 Fabrege Ave, Las Vegas NV 89115 |

NARRATIVE:

FYI

**Suspects Information:**
- Joshua Alexander MARTINEZ
  DOB: ▮▮▮▮  SSN: ▮▮▮▮
  ID# 2▮▮▮
  WMA, ▮▮▮▮ BLK, BRO
  MARTINEZ had an active warrant out of Clark County Justice Court.
  MARTINEZ is convicted felon in Nevada Case C-17-326611-1 for attempt Carrying Concealed Weapon Firearm (CCW).

**Charges for the Search Warrant:**
- Aggravated Stalking
- Stalking with the use of internet
- Challenge to a fight with a deadly weapon
- Harassment (two counts)
- Prohibited Person in possession of firearms

**The search and seizure warrant authorizing a search and seizure at the following premises:**
- 4420 Faberge Avenue, Las Vegas, Clark County, Nevada. This residence is located on the northeast corner of the intersection of Faberge Avenue and Gauche Street, Las Vegas, Nevada. This residence is further described as a single-story, single-family home, having a primarily light grey color stucco exterior with blue trim on the windows and awnings. The residence has a shingle roof, and a two-car garage, with a white door, that faces south. The numbers "4420" are in black numbering on the blue awning/trim facing west. The front door faces to the west and appears to be a storm door with white trim.

Date and Time of Report: 03/21/2021 1900 hours    Officer: A. Packe    P#: 7417

Approved By: _____    Officer: _____    P#: _____

SIGNATURE: _____

LVMPD 82 (Rev 8/01) • WORD 2010                                           Page 1

019340

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**CONTINUATION**

Event #: _____LLV210200075535_____

**Synopsis:**
- On 02/19/2021, Sergeant A. Packe P# 7414 of the Las Vegas Metropolitan Police Department (LVMPD) was in possession of a search warrant to search MARTINEZ's residence (4420 Fabrege Ave, Las Vegas NV 89115), and all the vehicles within the curtilage of the residence.

**Property Sought to be Seized:**
- Firearms, ammunition, holsters, firearms cases, gun cleaning equipment, receipts for firearms, ammunition or equipment purchases indicating purchase, possession, or acquisition of firearms and/or ammunition.
- Digital or physical items indicating planning, ideology, and/or preoperational surveillance to include maps, drawings, concert tickets, hotel room reservations and receipts, notes, pictures (digital or physical), cameras, video recorder, or digital media, flash drives, any computers, hard drives, laptops, cellular telephones, and tablets which may contain such items.
- Any persons located in the premises at the time of service.
- All vehicles located at the residence/ properties at the time of service to include those in the curtilage and/or driveway of the residence/ property.
- articles of personal property which would tend to establish the identity of persons in control of said premises, which items of property would consist in part of and include, but not limited to papers, documents and effects which tend to show possession, dominion and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and gas receipts.
- Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed or stored on computer disc. Objects which bear a person's name, phone number or address.
  If any of the above items located, they will be booked as evidence to support the investigation of the above-mentioned charges.

**The search and seizure warrant was approved by:**
- Honorable Judge Timothy C Williams (Eighth Judicial District Court) granted the telephonic search warrant on 02/18/2021. Judge Williams also granted a nighttime search and that the warrant to be sealed.

**Event Numbers associated with this Search Warrant:**
- LLV210200079050
- LLV210200082410
- LLV210200075535

**Law Enforcement Personnel Assigned to Assist with the Search Warrant**
- LVMPD Sgt. A. Packe, P# 7417 (SNCTC)
- LVMPD Det. S. Neilson, P# 4408 (JTTF TFO)
- LVMPD Det. R. Glass, P# 13461 (CIU)
- LVMPD Det. T. Brosnahan, P# 13732 (CIU)
- LVMPD Det. C. Hart, P#15277 (NW PD)
- LVMPD Det. K. Ruzicka, P# 13806 (CIU)

019341

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**CONTINUATION**

Event #: _____LLV210200075535_____

- LVMPD Det Christopher Gowens, P# 14883 (ROP)
- LVMPD Officer Z. Gainey, 16115 (PATROL)
- LVMPD Officer M. Ramirez, P#17484 (PATROL)
- NLVPD Det. D. Schouten, P# 2240 (JTTF TFO)
- FBI Special Agent Ruby Soto (JTTF)

**Connecting Reports**
- Duplicate Original Search Warrant
- SW Return
- Sealing Order
- Property reports

**Search Warrant Execution**

- **Entry Phase:**
On 02/19/2021 at approximately 1730 hours. The above law enforcement personnel, under the command of Sgt. Packe served the mentioned search warrant on the residence located at 4420 Faberge Avenue address. LVMPD Det. C. Gowens of the along with Repeat Offender Program (ROP) along with other ROP detectives froze the primes and called out all the residence occupants without incident. Prior to law enforcement personal entering the residence pursuant to the search warrant, Special Agent (SA) Ruby Soto with Federal Bureau of Investigation (FBI) took "Before" pictures of the premise. The front door of the residence was unlocked. Law enforcement personnel did not damage the premise upon their entry.

- **Custody Phase (2003 Ford Expedition):**
Joshua MARTINEZ was taken into custody by LVMPD patrol officers during a vehicle stop at Lamb and Faberge prior to the execution of this search warrant. MARTINEZ's father Felix Martinez (Felix) was the driver of that vehicle when MARTINEZ was taken into custody. Felix was located at Lamb and Faberge during the entry phase of this search warrant. Occupants of the residence were safely called out of the residence. Other than Joshua MARTINEZ no one was arrested.

- **Rough Diagram of the premise**



Page 3

019342

- **Searched and Recovered Phase:**
  FBI SA Soto was assigned to **photograph.**
  LVMPD Detective T. Brosnahan was assigned to search the **living room and kitchen area**.
  LVMPD Detective K. Ruzicka was assigned to search the **master bedroom and East hall bedroom**.
  LVMPD Officer Z. Gainey was assigned to search the **west hall bedroom and east hall bathroom.**
  LVMPD Detective Neilson and NLVPD Detective D. Schouten were assigned to search **the garage**.
  LVMPD Detective R. Glass was assigned to search the **vehicles within the curtilage of the premise.**
  LVMPD Sgt. Packe was assigned to **take notes and recover all evidence.**

During the search of the living room and the kitchen area, Detective T. Brosnahan found the following items:
- Silver iPhone A1533.
- White Huawei Music device.
- Black SanDisk 64 GB SD.
- Canon Camera Eo5 700D with attachments.
- Black Sony digital camera with memory card.
- Black DVC HD camera.
- Black Anker card reader.
- Black Asus USB adaptor
- Black Sony Handycam
- Black SanDisk 8 GB
- Blue SanDisk 8 GB
- Red and gray SanDisk 64 GB
- Silver Apple Tablet (Ipad)
- Red tower 1943fd51880200614
- Xbox1 (389171634748)
- Xbox1 (037075651148)

During the search of the master bedroom and East hall bedroom, Detective K. Ruzicka found the following items:
- Rifle Anderson MFR blue steel (15260667)
- Stainless Ruger P90 (661-64183)
- Red thump drive with planet Nissan logo
- Black SanDisk 1 GB
- PNY thump drive 32 GB
- SanDisk Blue in color 4 GB
- Black HTC cellphone no serial number
- Play Station 4 (MG243117909)
- Asus Tower Black in color
- Silver Sony digital camera (783203)
- 7 Ak magazines
- Black Handgun Century Arms blue steel (T6472-18-BC21843) with magazines and ammo
- 2 extended magazines (30 rd) (9mm)
- Black AR 15 lower receiver and box containing gun parts.
- 2 AR 15 magazines with Ammo

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**CONTINUATION**

Event #: _____LLV210200075535_____

- 2 boxes of Ammo (.22 cal).
- One silver apple iPad with cracked screen.
- Black cricket cellphone
- White iPhone (A1529)
- Silver iPhone cracked screen.
- White iPhone (A1317)
- Black iPhone 16 GB (A1303)

During the search of the west hall bedroom and east hall bathroom, Officer Z. Gainey found the following items:
- White Samsung tablet RF2D70R7DK9
- Silver iPad F5HKDEDKDFHW
- Amazon tablet black in color SR043KL
- Asus tablet smashed screen K00
- Asus tablet, black in color
- Canon camera 16 MP black in color (462062017829)
- Black external hard drive (0396233139)
- White SanDisk thump drive 16 GB.
- Dell Laptop, Black and silver in color (9bfrog1)


During the search of garage, Detective Neilson and NLVPD Detective D. Schouten found the following items:
- Black PS3 (CF761577827CECH)
- RCA digital voice recorder
- Black computer tower (RC692KKN31101300228)
- Silver Asus Laptop (CCNOCV28061051F)
- Black HP laptop
- Samsung drive (500 GB) (MZ75E500)
- Cricket ZTE cellphone
- Motorola cricket cellphone
- Black apple iPhone
- 2018 income tax return in the name of Joshua Martinez
- 1 AR magazine with round
- Black Ruger .380 (380217829) LCP2
- Bandler with 12-gauge ammo
- 12 gauge shotgun HR pump (NZ734933) with sling and 12 gauge shells
- 410 shotgun  Blue steel

FBI SA Soto photographed the items in place and Sgt packe recovered them. The items recovered were impounded by Sgt Packe at LVMPD North East Area Command (NEAC) under LVMPD event number LLV210200075535.

- **Security Phase (2003 Ford Expedition):**

Sgt Packe left a copy of the return order, the original search warrant and sealing order on a round table in the kitchen area. FBI SA Soto photographed the mentioned documents on the table and photographed the "after" pictures of the premise. Law enforcement personnel did not damage the residence during their execution of the search warrant. Sgt Packe closed the front door of the residence and released the residence to Felix Martinez.