# Exhibit B

1. I was employed by the Las Vegas Metropolitan Police Department (LVMPD) from 2001 to 2021.

2. From 2017 to 2021, I was a Sergeant with LVMPD assigned to Counter Terrorism Section, Homeland Security Bureau.

3. I was the affiant on the affidavit for probable cause in support of search warrants for the residence at 4420 Faberge Avenue, Las Vegas, Nevada, and 1701 W. Ilene Avenue, Moapa, Nevada signed by Clark County District Judge Timothy C. Williams on February 18, 2021.

4. When preparing the affidavit for the search warrants I did not rely on any information from the search warrant served on Facebook in January 2021.

5. The search warrant expressly incorporated the affidavit by reference: "said Affidavit attached hereto and incorporated herein by reference."

6. I personally carried the affidavit to 4420 Faberge Avenue for the execution of the warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __OCTOBER 12__, 2022, in Las Vegas, Nevada.

_____
Ashton Packe