# Exhibit C

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# DIGITAL FORENSICS LAB REQUEST

## CASE INVESTIGATOR

| Person Requesting:<br>A. Jacob | P#:<br>14921 | Date:<br>02/24/2021 | Event Number:<br>LLV210200075535 |
|---|---|---|---|
| Detail/Unit:<br>CTS | Office Phone: | | Cell Phone:<br>702-332-7269 |
| Requesting Agency:<br>LVMPD | | Property/Evidence #:<br>Package1, Item 1: Red iphone with an American flag cover. | |
| Primary Crime(s):<br>Aggrivated stalking, Stalking using internet, PPPFA | | | |
| Date Needed:<br>ASAP | | Has media been viewed prior to submission to DFL?<br>☐ Yes   ☒ No | |

## REQUIRED DOCUMENTS

### PLEASE CHECK BOXES OF REQUIRED DOCUMENTS FOR FORENSIC EXAM

☒ Please provide a copy of the PROPERTY REPORT listing devices impounded and to be examined, and either:

☒ DFL SEARCH WARRANT

☒ DFL SEARCH WARRANT AFFIDAVIT      **(OR)**      ☐ CONSENT TO SEARCH with prior approval by DFL Supervisor.

☒ DFL SEARCH WARRANT RETURN

## SEARCH TERMS

### What evidence are you looking for?

****NO Pass code****

Any communications, pictures and internet search to commit aggrivated stalking/conspiring to inflect harm upon Det Ken Mead and DDA Michael Dickerson. Any pictures and communications to commit PPPFA. Any idiolgy or nexus to communicate with hate groups or extrimests to inflect harm upon Law Enforcement personnel and public officials.

--- CFL USE ONLY ---

| CASE TYPE | NUMBER OF DEVICES | MEDIA VOLUME | DATE RECEIVED | DATE ASSIGNED | DATE COMPLETED | FILE NUMBER |
|---|---|---|---|---|---|---|
| Computer Forensics | | | | | | |
| Cell Phone Forensics | | | | | | |
| Other | | | | | | |

| Image Completion Information: | Date: | By: | Examiner: | | Date: |
|---|---|---|---|---|---|
| C.P. EVIDENCE? | | | Assigned by: | | Date: |