RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua A. Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

Notice is hereby given that Assistant Federal Public Defender Nisha Brooks-Whittington will serve as co-counsel for the above captioned defendant.

Counsel's address is as follows:

Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101

DATED this 20th day of October, 2022.

RENE L. VALLADARES
Federal Public Defender

By:  _/s/ Nisha Brooks-Whittington_
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
Attorney for Joshua A. Martinez

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 20, 2022, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
DANIEL SCHIESS
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Marlene Mercado*
Employee of the Federal Public Defender

2