RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

Attorney for Joshua A. Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA A. MARTINEZ, <br><br> Defendant. | Case No. 2:21-cr-00219-APG-DJA <br><br> **STIPULATION TO CONTINUE REPLY TO MOTION TO SUPPRESS DEADLINE** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Joshua A. Martinez, that the Reply to Motion to Suppress currently due on October 28, 2022, be vacated and continued by two weeks, to November 14, 2022.[1]

This Stipulation is entered into for the following reasons:

---

[1] Two weeks is November 11, 2022, which is the Veteran's Day holiday. Monday November 14 is the next business day.

1. Defense counsel needs additional time to respond to the arguments raised in the government's response.

2. The extra time requested will not delay the trial in this matter, set for February 6, 2023.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the reply deadline.

DATED: October 26, 2022.

RENE L. VALLADARES
Federal Public Defender

  */s/ Joanne L. Diamond*
By_____
JOANNE L. DIAMOND
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

  */s/ Daniel Schiess*
By_____
DANIEL SCHIESS
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSHUA A. MARTINEZ,<br><br>             Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Reply to Motion to Suppress currently due on Friday, October 28, 2022, be vacated and continued to November 14, 2022.

DATED this ___ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

3