1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   JOANNE L. DIAMOND
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  Joanne_Diamond@fd.org

6  Attorney for Joshua A. Martinez

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

10 UNITED STATES OF AMERICA,         Case No. 2:21-cr-00219-APG-DJA

11          Plaintiff,                **STIPULATION TO MODIFY
                                       CONDITIONS OF RELEASE**
12     v.

13 JOSHUA A. MARTINEZ,

14          Defendant.

15

16       IT IS HEREBY STIPULATED AND AGREED, by and between Daniel

17 Schiess, Assistant United States Attorney, counsel for the United States of

18 America, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for

19 Joshua Martinez, that the Court modify his conditions of release.

20       The Stipulation is entered into for the following reasons:

21       1.    On September 10, 2021, the Court ordered Mr. Martinez's release on

22 a personal recognizance bond with certain conditions, including (1) a requirement

23 to submit to a mental health evaluation, and participate in mental health

24 treatment, as directed by pretrial services, ECF No. 13 at 4; and (2) a travel

25 restriction allowing him to travel only within a six-mile radius of his home for the

26 purposes that he is allowed out of his residence, ECF No. 13 at 6.

2. This Court previously approved the parties' stipulation allowing Mr. Martinez to attend appointments with a mental health provider in Overton, Nevada, which is outside the six-mile approved radius of travel from his home. ECF No. 21. That mental health provider recently left the area. Mr. Martinez has found a new provider in Mesquite, Nevada, which is also outside the six-mile approved radius of travel.

3. Mr. Martinez therefore moves the Court to modify his bond conditions to permit him to travel to Mesquite, Nevada, with the prior permission of Pretrial Services.

4. Counsel has spoken with Pretrial Services concerning this issue. Pretrial Services support the requested modification.

5. The government has no objection to the requested modification.

DATED: February 27, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Daniel Schiess*<br>By_____<br>DANIEL SCHIESS<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JOSHUA A. MARTINEZ,<br><br>      Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that Mr. Martinez's conditions of release be modified to allow him to travel to Mesquite, Nevada, with the prior permission of Pretrial Services.

DATED March 1, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3