RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Joshua A. Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATES |
| v. | (Sixth Request) |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Joshua Martinez, that the calendar call currently scheduled for April 18, 2023 at 9:00 a.m., and the trial scheduled for April 24, 2023 at 9:00 a.m., be vacated and set to a date and time convenient to this Court. Based on the parties' schedules and the schedules of their experts, the parties request a trial date in September 2023.

    The Stipulation is entered into for the following reasons:

    1.    Counsel for the government is set to go to trial in another case on the currently scheduled trial date.

2. In addition, defendant's motion to suppress (ECF No. 36) and motion to dismiss (ECF No. 39) remain pending. The outcome of either motion could alleviate the need for a trial. The outcome of the motion to suppress will also impact Mr. Martinez's theory of defense. Thus, defense counsel requires additional time to prepare for trial after the motion to suppress is decided.

3. The parties are asking for a September trial date to best accommodate their trial and foreign vacation schedules, as well as the schedules of their experts.

4. The defendant is out of custody and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the sixth stipulation to continue filed herein.

DATED: March 8, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Daniel Schiess<br>DANIEL SCHIESS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA A. MARTINEZ,<br><br>  Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government is set to go to trial in another case on the currently scheduled trial date.

2. In addition, defendant's motion to suppress (ECF No. 36) and motion to dismiss (ECF No. 39) remain pending. The outcome of either motion could alleviate the need for a trial. The outcome of the motion to suppress will also impact Mr. Martinez's theory of defense. Thus, defense counsel requires additional time to prepare for trial after the motion to suppress is decided.

3. The parties are asking for a September trial date to best accommodate their trial and foreign vacation schedules, as well as the schedules of their experts.

4. The defendant is out of custody and does not object to the continuance.

5. The parties agree to the continuance

6. The additional time requested is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time

within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

### ORDER

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 5th day of September, 2023, by the hour of 12:00 p.m.

IT IS FURTHER ORDERED that the calendar call currently scheduled for April 18, 2023, at the hour of 9:00 a.m., be vacated and continued to September 5, 2023 at the hour of 9:00 a.m.; and the trial currently scheduled for April 24, 2023, at the hour of 9:00 a.m., be vacated and continued to September 11, 2023 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 9th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE