# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

Defenant Joshua Martinez has filed a motion seeking "all relevant jury-selection records and materials . . . ." ECF No. 57. Under this district's Jury Plan, "[a]pplications to inspect Jury Selection Process records to determine the validity of the selection of any jury must be made by motion to the Chief Judge and must set forth why disclosure should be allowed." *See* Jury Plan, § 5.04. Thus, I have referred Martinez's motion to Chief Judge Du, who will address it after briefing is complete.

DATED THIS 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE