RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Joshua Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSHUA MARTINEZ,<br><br>   Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**Stipulation to Continue Objections to Report and Recommendation Deadline**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Joshua Martinez, that the due date for the parties' Objections to R&R (ECF No. 67), be extended from June 5, 2023, to June 20, 2023;[1] the due date for responses be extended to July 3, 2023; and the due date for replies be extended to July 10, 2023.

---

[1] The parties' briefing schedule is based on a due date of June 19, 2023. June 19 is the Juneteenth court holiday. June 20 is the next business day.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of the country from May 27, returning to the office on the current due date of June 5. She will need additional time to prepare the Objections to R&R on her return.

2. Mr. Martinez is not in custody and does not oppose the continuance.

3. The parties agree to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the objections deadline.

DATED: May 25, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Daniel Schiess*<br>DANIEL SCHIESS<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA MARTINEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of the parties' Stipulation to Continue Objections to Report and Recommendation Deadline, the deadline to file Objections is extended to June 20, 2023; the deadline to file responses is extended to July 3, 2023; and the deadline to file replies is extended to July 10, 2023.

DATED this ____ day of May 2023.

_____
UNITED STATES DISTRICT JUDGE

3