RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for to Joshua Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JOSHUA MARTINEZ,<br><br>      Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**Stipulation to Continue**<br>**Sentencing Hearing**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Joshua Martinez, that the Sentencing Hearing currently scheduled on November 28, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1      1.     Counsel for the defendant needs additional time to gather mitigation

information for Mr. Martinez, which is relevant to the sentencing disposition of

this case.

      2.     The defendant is not in custody and agrees with the need for the

continuance.

      3.     The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED:  November 7, 2023.


RENE L. VALLADARES               JASON M. FRIERSON
Federal Public Defender               United States Attorney



By */s/ Joanne L. Diamond*            By */s/ Daniel R. Schiess*
JOANNE L. DIAMOND                DANIEL R. SCHIESS
Assistant Federal Public Defender      Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSHUA MARTINEZ, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, November 28, 2023 at 1:30 p.m., be vacated and continued to <u>March 5, 2024</u> at the hour of <u>1:30 pm</u>.in Courtroom 6C.

    DATED this <u>8th</u> day of November, 2023.

_____

UNITED STATES DISTRICT JUDGE