RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Joshua A. Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | **Reply in Support of Motion to Modify Conditions of Release** |
| v. | |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

Joshua Martinez moved the Court to modify his conditions of release to permit him to travel to Las Vegas on Saturdays to sell produce at a farmer's market. ECF No. 77. The government's sole opposition to the requested modification is that Mr. Martinez continues to pose a risk of danger to Deputy DA Michael Dickerson and Detective Kenneth Mead. ECF No. 78. This argument is unpersuasive.

As the government correctly notes, a year ago, on December 15, 2022, Mr. Martinez made the same request for a modification to Magistrate Judge Koppe. ECF No. 47. The government opposed the request on the basis that Mr. Martinez posed a danger to DDA Dickerson and Detective Mead, ECF No 48, and the magistrate judge denied the motion, ECF No. 51. The government believes it is

irrelevant that, a year later, Mr. Martinez has continued to comply with his pretrial conditions, without violation, and has done *nothing* to indicate he poses a danger to *anyone*. *See* ECF No. 78 at 2. Mr. Martinez has now been on pretrial release for *26 months*. He is not asking the Court to relieve him of the arduous conditions of home confinement or GPS monitoring; only to allow him to work, as anticipated by his release conditions. *See* ECF No. 13 at 4, 6.

     Mr. Martinez's pretrial services officer knows where he is at all times. Whenever Mr. Martinez goes *anywhere* (including Las Vegas) his probation officer tracks him via GPS. *See* ECF No. 13 at 5. These safeguards more than "reasonably assure" the safety of DDA Dickerson and Detective Mead, *see* 18 U.S.C. § 3142(c)(1)(B)—they virtually guarantee it. More significantly, perhaps, Mr. Martinez is set to come before the Court for sentencing in March. The terms of his plea agreement allow him to ask for a non-custodial sentence. So why would he violate his release conditions now? Mr. Martinez is simply asking for a chance to provide for his family who, if he is sent to prison, will face severe financial hardship. As a husband and father, he wants to begin mitigating that potential hardship now.

     Mr. Martinez asks the Court to grant the requested modification.

     DATED: November 30, 2023.

                                                   RENE L. VALLADARES
                                                   Federal Public Defender

                                      By: */s/ Joanne L. Diamond*
                                                   JOANNE L. DIAMOND
                                                   Assistant Federal Public Defender
                                                   Attorney for Joshua A. Martinez