# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | **Order Granting Motion to Modify Release Conditions** |
| v. | |
| JOSHUA A. MARTINEZ, | [ECF No. 77] |
| Defendant. | |

Defendant Joshua Martinez moves to modify the conditions of his supervised release to permit him to travel to Las Vegas once a week to sell his produce at a farmer's market. ECF No. 77.  Pretrial Services supports the request while the United States Attorney's Office opposes.

Martinez pleaded guilty to being a felon in possession of a firearm and is awaiting sentencing. ECF No. 71.  I allowed him to remain at liberty, finding "by clear and convincing evidence that [he] is not likely to flee or pose a danger to the safety of any other person or the community if released" with conditions. 18 U.S.C. § 3143(a)(1).   I have seen nothing to change my assessment.  Because he is awaiting sentencing, I anticipate Martinez will fully comply with all conditions of release.

I THEREFORE ORDER that Martinez's motion to modify the conditions of his supervised release **(ECF No. 77) is granted.**  Martinez is permitted to travel to Las Vegas on Saturdays to sell produce at the Intuitive Forager Farmers Market from 9am to 2pm.  He may arrive there after 8:00 a.m. and leave by 3:00 p.m.  He must receive prior permission from his

/ / / /

/ / / /

Pretrial Services officer before traveling to Las Vegas and must explain where he is going and the times he is traveling.

DATED THIS 4th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE