RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Joshua A. Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | **Motion To Modify Conditions Of Release** |
| v. | |
| JOSHUA A. MARTINEZ, | |
| Defendant. | |

On December 4, 2023, the Court granted Mr. Martinez's Motion to Modify Release Conditions, ECF No. 77, permitting him to travel to Las Vegas on Saturdays to sell produce at the Intuitive Forager Farmers Market. ECF No. 80. Mr. Martinez subsequently learned that the market has changed its day of operation from Saturday to Friday.[1] He respectfully moves the Court to modify his conditions of release to permit him to attend the market on Fridays instead of Saturdays.

---

[1] Mr. Martinez attempted to timely notify the undersigned of this change in operations but she was out of the country on leave for the past two weeks.

The associated conditions will remain the same: (1) he will arrive at the market after 8:00 a.m. and leave by 3:00 p.m.; (2) he must receive prior permission from his Pretrial Services officer before traveling to Las Vegas; and (3) he must explain where he is going and the times he is traveling. *See id.*

Subject to a continuing objection to the Court's order granting the motion to modify, *see* ECF No. 78, the government takes no position on Mr. Martinez's request to change the day to Friday instead of Saturday.

DATED: December 29, 2023.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender
Attorney for Joshua A. Martinez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA A. MARTINEZ,<br><br>        Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that that Martinez's motion to modify the conditions of his supervised release **(ECF No. 81) is granted.** Martinez is permitted to travel to Las Vegas on Fridays to sell produce at the Intuitive Forager Farmers Market from 9am to 2pm. He may arrive there after 8:00 a.m. and leave by 3:00 p.m. He must receive prior permission from his Pretrial Services officer before traveling to Las Vegas and must explain where he is going and the times he is traveling.

DATED this ____ day of _____ 202__.

_____
UNITED STATES DISTRICT JUDGE