UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA A. MARTINEZ,<br><br>    Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that that Martinez's motion to modify the conditions of his supervised release **(ECF No. 81) is granted.** Martinez is permitted to travel to Las Vegas on Fridays to sell produce at the Intuitive Forager Farmers Market from 9am to 2pm. He may arrive there after 8:00 a.m. and leave by 3:00 p.m. He must receive prior permission from his Pretrial Services officer before traveling to Las Vegas and must explain where he is going and the times he is traveling.

DATED this 16th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

3