RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for to Joshua Martinez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA MARTINEZ,<br><br>    Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**Stipulation to Continue Sentencing Hearing**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Joshua Martinez, that the Sentencing Hearing currently scheduled on May 28, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than six (6) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be out of the country from May 25 to June 1, 2024, which includes the newly scheduled sentencing date.

2. Counsel are requesting a brief, 6 day continuance of the sentencing hearing to the following week.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED:  February 2, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Daniel R. Schiess*<br>DANIEL R. SCHIESS<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, May 28, 2024 at 10:00 a.m., be vacated and continued to June 11, 2024 at the hour of 11:00 a.m.. in Courtroom 6C.

DATED this 9th day of February, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE