RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for to Joshua Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA MARTINEZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**Stipulation to Continue Sentencing Hearing**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Joshua Martinez, that the Sentencing Hearing currently scheduled on June 11, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. On May 9, 2024, the Ninth Circuit issued its opinion in *United States v. Duarte*, No.22-50048 (9th Cir. 2024), finding 18 U.S.C. § 922(g)(1) unconstitutional as applied to Duarte. Like Duarte, Mr. Martinez has no violent prior convictions. As such, the Court's opinion calls into question the validity of Mr. Martinez's conviction.

2. The government has filed for rehearing in *Duarte*. Whether it will remain good law is uncertain.

3. At this stage, defense counsel would be ineffective if she allowed Mr. Martinez to proceed to his sentencing when the constitutionality of his offense of conviction is in flux.

4. Mr. Martinez is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED: May 16, 2024.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By */s/ Joanne L. Diamond*  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

By */s/ Daniel R. Schiess*  
DANIEL R. SCHIESS  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA MARTINEZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00219-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, June 11, 2024 at 11:00 a.m., be vacated and continued to _____ at the hour of ___:___ __.m..

DATED this ___ day of May, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3