# EXHIBIT  B

**United States
Of America**

Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.

Date: March 1, 2023

**To whom
it may
concern**

This is to certify that

Kevin L. Anderson

Bureau of Alcohol, Tobacco, Firearms and Explosives,
Department of Justice, Washington, D.C., has legal custody
of records of the Bureau of Alcohol, Tobacco, Firearms and
Explosives pertaining to Firearms Trace Summary Reports;
that I am familiar with his signature; and that I have examined
his signature which appears on the attached statement and find
it to be his true signature.

**In witness whereof,**
I have hereunto set my hand, and caused this seal
to be affixed on the day and year appearing above.

By direction of the Attorney General.

Kelly J. Frazier
Chief, Law Enforcement Support Branch

AT        23.10 (8-83)

**United**
**States**
**Of America**



Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
Washington, D.C.


Date: March 1, 2023

**To whom**      This is to certify that I
**it may**      Kevin L. Anderson
**concern**
am the Certifying Official for the Custodian of Records, ATF
National Tracing Center Division, Office of Enforcement
Programs and Services, Bureau of Alcohol, Tobacco,
Firearms and Explosives, Department of Justice.  In my
official capacity, I have immediate legal custody of the
Firearms Trace Summary Reports compiled by the Bureau
of Alcohol, Tobacco, Firearms and Explosives.

I do hereby certify the attached two pages are true copies
of the records pertaining to this matter:

Firearms Trace Summary T20210324166 regarding a Century
Arms International 7.62mm rifle, model RAS47, serial number
RAS47026873.


Certifying Official for the Custodian of Records
ATF National Tracing Center Division


ATF F 1323.9 (2-90) PREVIOUS EDITION IS OBSOLETE

USAO-040139

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone: (800) 788-7133    Fax: (800) 578-7223
Print Date: March 01, 2023



## FIREARMS TRACE SUMMARY

Trace Number: T20210324166          Request Date: July 28, 2021

CLINT THOMPSON
SAN FRANCISCO GROUP IV (INTEL)
5601 ARNOLD ROAD, SUITE 400
DUBLIN, CA  94568

Badge No:
Investigation No:

UNKNOWN UNKNOWN
LAS VEGAS METRO POLICE DEPT.
400 S. MARTIN LUTHER KING BLVD
LAS VEGAS, NV  89106
Badge No:
Investigation No: 210200075535

### FIREARM INFORMATION
Manufacturer: CENTURY ARMS INTERNATIONAL
Model: RAS47
Caliber: 762
Serial Number: RAS47026873
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 02/19/2021
Time to Crime: 1778 days

### PURCHASER INFORMATION
JOSHUA ALEXANDER MARTINEZ
██████████
███████████
UNITED STATES
DOB: ████████
POB: EL PASO, TX   UNITED STATES
Race: WHITE          Height: 5 ft. 8 in.
Sex: Male            Weight: 195 lbs.
ID 1: NV STATE CARD ID
ID 2:    SOCIAL SECURITY     : ██████

Purchase Date: 04/08/2016

LAS VEGAS, NV
UNITED STATES
Possessor:
DOB:
POB:

### DEALER INFORMATION          FFL: 98802112

ACCURACY GUN SHOP
5903 BOULDER HWY
LAS VEGAS, NV  89122
Phone: (702) 458-3330          Ship Date: 03/31/2016

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
Additional Remarks:

PURCHASER ETHNICITY IS HISPANIC OR LATINO

The information in this report must be validated prior to use in any criminal proceedings.

(1 of 1)                    Trace: T20210324166                    Page 1 of 2
FOR OFFICIAL USE ONLY

## Dealer

**firearm was manufactured by:**

| | |
|---|---|
| **Business Name:** C.A.I./ CENTURY ARMS | **Phone:** (802) 527-1258 |
| **Licensee Name:** CENTURY ARMS INC | **FFL Number:** 60333217 |
| **Address:** 236 BRYCE BLVD | **Invoice #:** |
| GEORGIA, VT 05454 | **Last Inspection:** 02/12/2020 |
| **POC Name:** | **Fax:** |

**Dealer Note:**

**Associated Traces:** N/A

---

**The firearm was shipped to ELLETT BROTHERS LLC on February 12, 2016:**

| | |
|---|---|
| **Business Name:** | **Phone:** (803) 345-3751 |
| **Licensee Name:** ELLETT BROTHERS LLC | **FFL Number:** 15701609 |
| **Address:** 267 COLUMBIA AVE | **Invoice #:** |
| CHAPIN, SC 29036 | **Last Inspection:** 01/14/2009 |
| **POC Name:** | **Fax:** |

**Dealer Note:**

**Associated Traces:** N/A                                          **Out of Business**

---

**The firearm was shipped to ACCURACY GUN SHOP INC on March 31, 2016:**

| | |
|---|---|
| **Business Name:** ACCURACY GUN SHOP | **Phone:** (702) 458-3330 |
| **Licensee Name:** ACCURACY GUN SHOP INC | **FFL Number:** 98802112 |
| **Address:** 5903 BOULDER HWY | **Invoice #:** |
| LAS VEGAS, NV 89122 | **Last Inspection:** 09/16/2021 |
| **POC Name:** | **Fax:** |

**Dealer Note:**

**Associated Traces:** Dealer may be associated with 2848 other traces based on FFL Number.

## Individual

**The following individual was reported to have purchased the firearm on April 08, 2016:**

| | |
|---|---|
| **Name:** JOSHUA ALEXANDER MARTINEZ | **DOB:** ███████ **Criminal History:** N/A |
| **Address:** ███████████ | **POB:** EL PASO, TX  UNITED STATES |
| | **Race:** WHITE                    **Sex:** Male |
| UNITED STATES | **Height:** 5 ft. 8 in.          **Weight:** 195 lbs. |
| **ID State/Type:** NV  STATE CARD ID            : ██████ | **AKA Name:** |
| **ID State/Type:**       SOCIAL SECURITY       : ████ | **AKA DOB:** |

**Individual Note:**

**Associated Traces:** Individual is not associated with other traces/multiple sales based on Last Name and Date of Birth.

## Recovery Location

**The firearm was recovered on February 19, 2021 from the following location:**

| | |
|---|---|
| **Address:** LAS VEGAS, NV | **Location Type:** |
| UNITED STATES | |

**Time to Crime:** 1778 days

| | | | |
|---|---|---|---|
| **VehicleYear :** | **Make:** | **Model:** | **Tag:** |

**Recovery Note:**

**Associated Traces:** Not enough information to check for associated traces.

USAO-040141