# EXHIBIT E

Honorable Court, I submit this letter on behalf of my son Joshua Alexander Martinez in the case brought before him.  I emphasize my deep-seated beliefs regarding the importance of understanding and upholding the rights afforded to us under the Constitution of the United States. As a proud Texan, military veteran, and member of a family deeply rooted in both military and law enforcement service, I have been raised with a profound respect for the Constitution and the liberties it guarantees. I have raised my children with the same values and ensuring they understand the rights and responsibilities that come with being an American citizen and my hope is that we may pass it on to their children.

Military service has instilled in me a deep respect for the rule of law and the importance of discipline, integrity, and accountability. These values are central to the functioning of a free society and are essential for the preservation of our constitutional rights. As a veteran, I feel a profound responsibility to ensure that these values are passed on to the next generation.

My commitment to upholding the Constitution is not just a personal conviction but a family tradition. I come from a long line of military and law enforcement officers who have dedicated their lives to serving and protecting our nation. This legacy of service has deeply influenced my understanding of the law and my approach to raising my children.

In addition to teaching my children about their constitutional rights, I have also instilled in them a deep respect for those who serve and protect our nation. Whether in the military or law enforcement, service to one's country is seen as one of the highest callings. My children have been raised with an understanding of the sacrifices made by those who serve and the importance of supporting and respecting these individuals.

As a parent, I believe it is my duty to ensure that my children understand their constitutional rights and the importance of upholding them. In today's world, where these rights are often misunderstood or taken for granted, it is more important than ever to educate the next generation about the Constitution and the freedoms it guarantees.

I have taken great care to teach my children about the Bill of Rights and the importance of each amendment. We discuss the significance of freedom of speech, the right to bear arms, the right to privacy, and the importance of due process under the law. I encourage my

children to think critically about these rights and to understand the responsibilities that come with them.

I respectfully submit to this Honorable Court that the role of the judiciary is critical in protecting the constitutional rights of all Americans. The courts are the guardians of the Constitution, ensuring that the rights of individuals are upheld and that the government acts within the bounds of the law. As someone who deeply values these rights, I have the utmost respect for the role of the courts in our society.

I believe that the courts have a responsibility to ensure that the Constitution is applied fairly and consistently, regardless of the circumstances. This includes protecting the rights of individuals to raise their children in accordance with their values and beliefs, if those values and beliefs are consistent with the Constitution and the laws of the land.

In conclusion, I would like to reiterate my commitment to upholding the Constitution and raising my children with a deep understanding of their rights and responsibilities as American citizens. My upbringing in Texas, my military service, and my family's tradition of service have all reinforced the importance of these values in my life. I am dedicated to ensuring that my children grow up with a respect for the law, an understanding of their constitutional rights, and a commitment to defending those rights for future generations.

I ask this Honorable Court to consider these values in its deliberations and to recognize the importance of allowing parents to raise their children with a deep understanding of the Constitution and the rights it guarantees. Thank you for your time and consideration.

Respectfully submitted.

Felix Alejandro Martinez

SSgt USAF

Disabled veteran