# EXHIBIT  F





Home  >  U.S.  >  Nevada  >  Las Vegas

# JOSHUA & SON'S FARM LLC

Nevada Secretary Of State Business Registration · Updated 5/25/2023

Sponsored Links

←

Ads by Google

Stop seeing this ad

Why this ad? ▷

| Write Review | Upgrade | Claim |

**JOSHUA & SON'S FARM LLC** is a Nevada Domestic Limited-Liability Company filed on June 7, 2022. The company's filing status is listed as Active and its File Number is E23743302022-7.

The Registered Agent on file for this company is United States Corporation Agents, Inc. and is located at 500 N. Rainbow Blvd. Ste. 300 A, Las Vegas, NV 89107.

The company has 1 contact on record. The contact is Joshua A Martinez from Moapa NV.

👍 Like 33K

## Company Information

| | |
|---|---|
| Company Name: | JOSHUA & SON'S FARM LLC |
| Entity Type: | NEVADA DOMESTIC LIMITED-LIABILITY COMPANY |
| File Number: | E23743302022-7 |
| Filing State: | Nevada (NV) |
| Filing Status: | Active |
| Filing Date: | June 7, 2022 |
| Company Age: | 1 Year 8 Months |
| Registered Agent: | United States Corporation Agents, Inc. 500 N. Rainbow Blvd. Ste. 300 A Las Vegas, NV 89107 |
| Report Due Date: | June 30, 2023 |
| Governing Agency: | Nevada Secretary of State |

Sponsored Links

✕ ▷

## Company Contacts

**JOSHUA A MARTINEZ**
Managing Member

 1702 W Ilene Ave.
Moapa, NV

## Reviews

| Write Review |

There are no reviews yet for this company.

## Questions

⌄

