# EXHIBIT G

# Case Information

C-17-326611-1 | State of Nevada vs Joshua Martinez

| | | |
|---|---|---|
| Case Number<br>C-17-326611-1 | Court<br>Department 20 | Judicial Officer<br>Johnson, Eric |
| File Date<br>09/20/2017 | Case Type<br>Felony/Gross Misdemeanor | Case Status<br>Closed |

# Party

**Plaintiff**
State of Nevada

Active Attorneys ▼
Lead Attorney
Wolfson, Steven B

Attorney
Dickerson, Michael

**Defendant**
Martinez, Joshua

  Aliases
  *AKA* Martinez, Joshua Alexander
DOB
XX/XX/XXXX

Active Attorneys ▼
Lead Attorney
Buchanan, Jack E.
Retained

# Charge

Charges
Martinez, Joshua

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | ATTEMPT CARRYING CONCEALED FIREARM | 202.350.1d1 | Felony | 06/23/2017 |

OR OTHER DEADLY WEAPON

## Bond Settings

| Setting Date |
| --- |
| 9/20/2017 |

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
| --- | --- | --- | --- |
| Surety | IS6K-918166 | $5,000.00 | Exonerated |

## Disposition Events

**10/31/2018 Plea**

Judicial Officer
Herndon, Douglas W.

| 1 | ATTEMPT CARRYING CONCEALED FIREARM OR OTHER DEADLY WEAPON | Guilty |
| --- | --- | --- |

**03/06/2019 Disposition**

Judicial Officer
Herndon, Douglas W.

| 1 | ATTEMPT CARRYING CONCEALED FIREARM OR OTHER DEADLY WEAPON | Guilty |
| --- | --- | --- |

**03/06/2019 Adult Adjudication**

| 1 | ATTEMPT CARRYING CONCEALED FIREARM OR OTHER DEADLY WEAPON | Adult Adjudication |
| --- | --- | --- |

Sentenced to Nevada Dept of Corrections

Term: Minimum: **19 Months** Maximum: **48 Months**

Suspended-Period of Probation: Fixed **2 Years**

Condition

1. Standard Conditions

2. Digital Storage Media, You shall submit your digital storage media or any digital storage media that you have or use, including computers, handheld communication device and any network applications associated with those devices, including social media and remote storage services to a search and shall provide all passwords, unlock codes and account information associated with those items, with or without a search warrant, by the Division of Parole and Probation or its agents.

3. Comply With Curfew Imposed By Probation Officer

4. Counseling Program

5. Abstain From Use, Possession, Control of Alcohol, Deft. to have no alcohol, illegal drugs, or marijuana in his system, in his car, or in his house - his or somebody else's. Violation of illegal drugs is also an abuse of prescription drugs.

6. Additional Condition, Deft. to submit to random alcohol and drug testing

7. Serve Community Service, Complete 300 hours of community service.

8. Do not possess or own any firearms

9. Stay Out of Trouble

10. Report to P&P after Sentencing PO Assignment

Fee Totals

$25.00

$150.00

$3.00

Fee Totals

$178.00

---

03/06/2019 Amended Adult Adjudication ▼

Amend Reason
Amended, Probation Reinstated

| 1 | ATTEMPT CARRYING CONCEALED FIREARM OR OTHER DEADLY WEAPON | Adult Adjudication |

Sentenced to Nevada Dept of Corrections

Term: Minimum: **19 Months** Maximum: **48 Months**

Suspended-Period of Probation: Fixed **2 Years**

Condition

    1. Standard Conditions

    2. Digital Storage Media, You shall submit your digital storage media or any digital storage media that you have or use, including computers, handheld communication device and any network applications associated with those devices, including social media and remote storage services to a search and shall provide all passwords, unlock codes and account information associated with those items, with or without a search warrant, by the Division of Parole and Probation or its agents.

    3. Comply With Curfew Imposed By Probation Officer

    4. Counseling Program

    5. Abstain From Use, Possession, Control of Alcohol, Deft. to have no alcohol, illegal drugs, or marijuana in his system, in his car, or in his house - his or somebody else's. Violation of illegal drugs is also an abuse of prescription drugs.

    6. Additional Condition, Deft. to submit to random alcohol and drug testing

    7. Serve Community Service, Complete 300 hours of community service.

    8. Do not possess or own any firearms

    9. Stay Out of Trouble

    10. Report to P&P after Sentencing PO Assignment

Fee Totals

    $25.00

    $150.00

    $3.00

    Fee Totals

    $178.00

Comment

Comment (4/17/19 - Probation Reinstated/Added Conditions)

Condition

    1. Standard Conditions, Comply with all Standard and Sepcial conditions

    2. CCDC Confinement, 120 Flat Time

    3. Additional Condition, Deft. shall be subject to electronic monitoring at the discretion of P&P and for a period they deem appropriate.

4. Additional Condition, Deft.'s continuance on probation is predicated upon his good behavior and cooperation; not just his personal cooperation but cooperation of any occupants in the residence who may interact with law enforcement. They all must cooperate to make sure that the Deft. is meeting the conditions of his probation. If P&P's efforts are frustrated in any way, they are free to bring this matter back before the Court for review. P&P must be allowed to do their job; being on probation is a privilege.

### 04/17/2019 Amended Adult Adjudication ▼

Amend Reason
Amended, Probation Reinstated

| 1 | ATTEMPT CARRYING CONCEALED FIREARM OR OTHER DEADLY WEAPON | Adult Adjudication |

**Sentenced to Nevada Dept of Corrections**

Term: Minimum: **19 Months** Maximum: **48 Months**

Suspended-Period of Probation: Fixed **2 Years**

**Condition**

    1. Standard Conditions

    2. Digital Storage Media, You shall submit your digital storage media or any digital storage media that you have or use, including computers, handheld communication device and any network applications associated with those devices, including social media and remote storage services to a search and shall provide all passwords, unlock codes and account information associated with those items, with or without a search warrant, by the Division of Parole and Probation or its agents.

    3. Comply With Curfew Imposed By Probation Officer

    4. Counseling Program

    5. Abstain From Use, Possession, Control of Alcohol, Deft. to have no alcohol, illegal drugs, or marijuana in his system, in his car, or in his house - his or somebody else's. Violation of illegal drugs is also an abuse of prescription drugs.

    6. Additional Condition, Deft. to submit to random alcohol and drug testing

    7. Serve Community Service, Complete 300 hours of community service.

    8. Do not possess or own any firearms

    9. Stay Out of Trouble

    10. Report to P&P after Sentencing PO Assignment

**Comment**

Comment (4/17/19 - Probation Reinstated/Added Conditions)

**Comment**

Comment (4/17/19 COURT ORDERED Probation REINSTATED with ADDED CONDITIONS:)

**Fee Totals**

$25.00

$150.00

$3.00

Fee Totals

$178.00

Condition

1. Standard Conditions, Comply with all Standard and Sepcial conditions

2. CCDC Confinement, 120 Flat Time

3. Additional Condition, Deft. shall be subject to electronic monitoring at the discretion of P&P and for a period they deem appropriate.

4. Additional Condition, Deft.'s continuance on probation is predicated upon his good behavior and cooperation; not just his personal cooperation but cooperation of any occupants in the residence who may interact with law enforcement. They all must cooperate to make sure that the Deft. is meeting the conditions of his probation. If P&P's efforts are frustrated in any way, they are free to bring this matter back before the Court for review. P&P must be allowed to do their job; being on probation is a privilege.

Condition

1. Standard Conditions

2. Additional Condition, Deft. to served ONE HUNDRED TWENTY (120) DAYS FLAT TIME in the Clark County Detention Center (CCDC) commencing today

3. Electronic Monitoring, Deft. shall be subject to electronic monitoring at the descretion of P&P and for a period they deem appropriate.

## Events and Hearings

09/20/2017 Grand Jury Indictment ▼

Judicial Officer
Gonzalez, Elizabeth

Hearing Time
11:45 AM

Result
Matter Heard

Parties Present ▲
   Plaintiff: State of Nevada
     Attorney: Dickerson, Michael

09/20/2017 Summons ▾

  Comment
  [1] Summons (Indictment)

09/20/2017 Notice ▾

  Comment
  [2] Notice and Order to Transfer Bail

09/20/2017 Indictment ▾

  Comment
  [3]

09/21/2017 Bail Bond ▾

  Comment
  [4] Bail Bond # IS6K-918166 $5,000.00 Notice And Order To Transfer Bail

09/21/2017 Notice of Receipt of Bond Transfer ▾

  Comment
  [5]

10/02/2017 Reporters Transcript ▾

  Comment
  [6] Reporter's Transcript of Proceedings - Grand Jury - Hearing - 08/29/17 - Volume 1

10/02/2017 Reporters Transcript ▾

  Comment
  [7] Reporter's Transcript of Proceedings - Grand Jury - Hearing - 09/19/17 - Volume 2

10/04/2017 Initial Arraignment ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Plea Entered

12/28/2017 Notice of Witnesses and/or Expert Witnesses ▾

Comment
[8] state's notice of witnesses and/or expert witnesses

12/28/2017 Notice ▾

Comment
[9] Notice to introduce certified records

12/29/2017 Notice ▾

Comment
[10] Defendant's Notice of Witnesses

01/03/2018 Motion to Continue Trial ▾

Comment
[11] Motion to Continue Trial

01/03/2018 Receipt of Copy ▾

Comment
[12] receipt of copy

01/04/2018 Receipt of Copy ▾

Comment
[13] Receipt of Copy

01/10/2018 Calendar Call ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Matter Heard

01/10/2018 Motion to Continue Trial ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Granted

Comment
Deft.'s Motion to Continue Trial

01/10/2018 All Pending Motions ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Matter Heard

Comment
Calendar Call . . . Deft.'s Motion to Continue Trial

01/16/2018 Jury Trial ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
9:30 AM

Cancel Reason
Vacated - per Judge

05/21/2018 Notice of Witnesses and/or Expert Witnesses ▾

Comment
[14] State's Notice of Witnesses

05/23/2018 Calendar Call ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Matter Heard

05/29/2018 Jury Trial ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
9:30 AM

Cancel Reason
Vacated - per Judge

08/29/2018 Motion ▾

Comment
[15] State s Motion to Revoke Bail and Condition Any Future Release on House Arrest and Having No Access to Firearms

09/10/2018 Motion ▾

Judicial Officer
Barker, David

Hearing Time
8:00 AM

Result
Granted in Part

Comment
State s Motion to Revoke Bail and Condition Any Future Release on House Arrest and Having No Access to Firearms

Parties Present ▲
  Plaintiff: State of Nevada
     Attorney: Dickerson, Michael
  Defendant: Martinez, Joshua
     Attorney: Buchanan, Jack E.

09/18/2018 Notice ▼

  Comment
  [16] Defendant's Second Notice of Witnesses

09/20/2018 Order Granting ▼

  Comment
  [17] ORDER GRANTING IN PART STATES MOTION TO REVOKE BAIL AND CONDITION ANY FUTURE RELEASE ON HOUSE ARREST AND HAVING NO ACCESS TO FIREARMS

10/03/2018 Notice of Witnesses and/or Expert Witnesses ▼

  Comment
  [18] Defendant's Third Notice of Witnesses

10/12/2018 Motion in Limine ▼

  Comment
  [19] Motion in Limine to Exclude Improper Admissions of Character Evidence and/or Prior Bad Acts

10/15/2018 Receipt of Copy ▼

  Comment
  [20] Receipt of Copy

10/15/2018 Notice of Motion ▼

  Comment
  [21] State's Notice of Motion and Motion to Amend Indictment

10/24/2018 Opposition to Motion ▼

Comment
[22] State's Opposition to Defendant's Motion in Limine to Exlude Improper Admission of Character Evidence and/or Prior Bad Acts

10/29/2018 Motion in Limine ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Hearing Set

Comment
Deft.'s Motion in Limine to Exclude Improper Admission of Character Evidence and/or Prior Bad Acts

10/29/2018 Motion to Amend ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Granted

Comment
State's Notice of Motion and Motion to Amend Indictment

10/29/2018 All Pending Motions ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Matter Heard

Comment
State's Notice of Motion and Motion to Amend Indictment . . . Deft.'s Motion in Limine to Exclude Improper Admission of Character Evidence and/or Prior Bad Acts

10/29/2018 Amended Indictment ▼

  Comment
  [25]

10/31/2018 Calendar Call ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Plea Entered

### 10/31/2018 Hearing ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
1:00 PM

Result
Off Calendar

Comment
Hearing: Deft.'s Motion In Limine to Exclude Improper Admission of Character Evidence and/or Prior Bad Acts

### 10/31/2018 All Pending Motions ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
1:00 PM

Result
Matter Heard

Comment
Calendar Call . . . Hearing: Deft.'s Motion In Limine to Exclude Improper Admission of Character Evidence and/or Prior Bad Acts

### 10/31/2018 Guilty Plea Agreement ▼

Comment
[23]

### 10/31/2018 Amended Indictment ▼

Comment
[24]

### 11/05/2018 Jury Trial ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
9:30 AM

Cancel Reason
Vacated - per Judge

### 12/12/2018 PSI ▼

   Comment

   [26]

12/12/2018 PSI - Defendant Statements ▼

   Comment

   [27]

02/27/2019 Sentencing ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Matter Heard

03/01/2019 Motion to Withdraw Plea ▼

   Comment

   [28] Motion to Withdraw Plea and Set Reasonable Bail

03/04/2019 Receipt of Copy ▼

   Comment

   [29] Receipt of Copy

03/05/2019 Media Request and Order ▼

   Comment

   [30] Media Request And Order Allowing Camera Access To Court Proceedings.... Las Vegas Free Press

03/05/2019 Recorders Transcript of Hearing ▼

   Comment

   [31] RECORDER'S TRANSCRIPT OF HEARING: CALENDAR CALL. HEARD ON OCTOBER 31, 2018

03/05/2019 Opposition ▼

   Comment

   [32] State's Response To Defendant's Motion to Set Reasonable Bail

03/06/2019 Status Check ▼

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

| | |
|---|---|
| Result | Matter Heard |
| Comment | Status Check: Motion to Withdraw Guilty Plea/Bail Hearing |

### 03/06/2019 Motion to Withdraw Plea ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Defendant Sentenced

Comment
Deft.'s Motion to Withdraw Plea and Set Reasonable Bail

### 03/06/2019 All Pending Motions ▾

Judicial Officer
Smith, Douglas E.

Hearing Time
8:00 AM

Result
Matter Heard

Comment
Deft.'s Motion to Withdraw Plea and Set Reasonable Bail . . . Status Check: Motion to Withdraw Guilty Plea/Bail Hearing

### 03/21/2019 Bond ▾

| | |
|---|---|
| Comment | [33] "Bond exonerated; bonding company notified via mail." # IS6K-918166 |

### 04/09/2019 Probation Violation Report ▾

| | |
|---|---|
| Comment | [34] |

### 04/15/2019 Revocation of Probation ▾

Judicial Officer
Barker, David

Hearing Time
8:00 AM

Result
Matter Continued

### 04/29/2019 Case Reassigned to Department 9 ▾

Comment
Judicial Reassignment to Department 9 - Judge Cristina Silva

06/27/2019 Judgment of Conviction ▾

Comment
[35] Judgment of Conviction (Plea of Guilty)

06/27/2019 Amended Judgment of Conviction ▾

Comment
[36] Amended Judgment of Conviction

08/02/2019 Order Admitting Defendant to Probation & Fixing Terms ▾

Comment
[37] Probation Agreement and Rules Order Admitting Defendant to Probation and Fixing the Terms Thereof Reinstated

09/25/2019 Minute Order ▾

Judicial Officer
Silva, Cristina D.

Hearing Time
8:30 AM

Result
Minute Order - No Hearing Held

10/09/2019 Notice of Motion ▾

Comment
[38] State's Notice of Motion and Motion Opposing Defendant's JAVS Request

10/10/2019 Clerk's Notice of Hearing ▾

Comment
[39] Notice of Hearing

10/21/2019 Motion ▾

Judicial Officer
Silva, Cristina D.

Hearing Time
8:30 AM

Result
Recused

Comment
State's Notice of Motion And Motion Opposing Defendant's JAVS Request

10/21/2019 Notice of Department Reassignment ▾

   Comment
   [40] Notice of Department Reassignment

10/31/2019 Motion ▾

   Judicial Officer
   Herndon, Douglas W.

   Hearing Time
   9:00 AM

   Result
   Motion Denied

   Comment
   State's Notice of Motion And Motion Opposing Defendant's JAVS Request

   Parties Present ▴
     Plaintiff: State of Nevada
       Attorney: Dickerson, Michael
     Defendant: Martinez, Joshua
       Attorney: Buchanan, Jack E.

09/23/2020 Order Honorably Discharging Probationer ▾

   Comment
   [41] Petition and Order Honorably Discharging Probationer

10/09/2020 Motion to Withdraw Plea ▾

   Comment
   [42] Motion to Withdraw Plea

10/12/2020 Clerk's Notice of Hearing ▾

   Comment
   [43] Notice of Hearing

10/13/2020 Opposition ▾

   Comment
   [44] State's Opposition to Defendant's Motion to Withdraw Plea

10/20/2020 Motion to Withdraw Plea ▾

   Judicial Officer
   Herndon, Douglas W.

   Hearing Time
   3:00 PM

Result
Motion Denied

Comment
Defendant's Motion to Withdraw Plea

Parties Present ▲

  Plaintiff: State of Nevada

    Attorney: Dickerson, Michael

  Defendant: Martinez, Joshua

    Attorney: Buchanan, Jack E.

10/29/2020 Order Denying Motion ▼

  Comment
  [45] ORDER DENYING DEFENDANT'S MOTION TO WITHDRAW PLEA

01/04/2021 Case Reassigned to Department 20 ▼

  Comment
  Judicial Reassignment to Judge Eric Johnson

02/22/2021 Order ▼

  Comment
  [46] ORDER FOR TRANSCRIPT (2/27/19)

03/01/2021 Recorders Transcript of Hearing ▼

  Comment
  [47] RECORDER'S TRANSCRIPT OF HEARING: SENTENCING. HEARD ON FEBRUARY 27, 2019

05/11/2021 Order ▼

  Comment
  [48] Order for Transcript (03/06/2019)

05/25/2021 Recorders Transcript of Hearing ▼

  Comment
  [49] Recorder's Transcript of Hearing: Defendant's Motion to Withdraw Plea and Set Reasonable Bail Status
  Check: Motion to Withdraw Guilty Plea/Bail Hearing. Heard on March 6, 2019

# Financial

Martinez, Joshua

|            | Total Financial Assessment |                              |                     | $181.50  |
|------------|----------------------------|------------------------------|---------------------|----------|
|            | Total Payments and Credits |                              |                     | $181.50  |
| 10/19/2018 | Transaction Assessment     |                              |                     | $3.50    |
| 10/19/2018 | Payment (Window)           | Receipt # 2018-70008-CCCLK   | Counter Transaction | ($3.50)  |
| 10/24/2019 | Transaction Assessment     |                              |                     | $178.00  |
| 9/8/2020   | Payment (Phone)            | Receipt # 2020-49856-CCCLK   | Martinez, Joshua    | ($178.00)|