RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Joshua Martinez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00219-APG-DJA |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | |
| JOSHUA MARTINEZ, | |
| Defendant. | |

NOTICE is hereby given that Joshua Martinez, through his counsel, Assistant Federal Public Defender Joanne L. Diamond, is submitting a manual filing of (1) compact disc containing Exhibit A.

DATED: September 11, 2024.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                         By: */s/ Joanne L. Diamond*
                                      JOANNE L. DIAMOND
                                      Assistant Federal Public Defender
                                      Attorney for Joshua Martinez